# Exhibit 1

# Gerald A. Shiener, M. D.

Distinguished Life Fellow, American Psychiatric Association
251 East Merrill
Suite 230
Birmingham, Michigan 48009

(248) 645-5155
Telephone

(248) 645-2665
Telecopier

October 2, 2017

Christian P. Collis, Attorney at Law
Fieger Law
19390 W. 10 Mile Rd.
Southfield, Michigan 48075

Re:     Elizabeth Nicole Ruth Meyers

Dear Mr. Collis:

I had an opportunity to conduct a psychiatric evaluation on Elizabeth Nicole Ruth Meyers on September 22, 2017. I also had an opportunity to obtain collateral history from her step-grandmother, Renee Marie Spicer.

In addition to conducted a psychiatric evaluation I have had an opportunity to review documentation as follows:

1.     Plaintiff's Facilitation Summary.
2.     Two images of the child's skull.
3.     Downriver Early Intervention Program.
4.     Spectrum Neuropsychological examination.
5.     Dr. Sandra Bronni.
6.     Steven Ham, D.O., Neurosurgeon.

At the time of the evaluation I obtained the following history.

History:

Elizabeth Nicole Ruth Meyers was born November 1, 2015. She is a 1 year, 10 month old child who currently resides with her maternal grandfather and step-grandmother. Step-grandmother, Renee Marie Spicer was born November 13, 1963. She is a 53 year-old, white woman who was last employed at a grocery store and a dry cleaners 28 years ago. She currently is the patient's caregiver.

Elizabeth was involved in a motor vehicle accident. Elizabeth's mother had gone out Christmas shopping with a girlfriend on November 28, 2015. Grandparents were watching the child and when mother was done shopping she picked up the child. Mrs. Spicer received a phone call that there was a "bad accident" and the family was told to "get to the

Re: Elizabeth Nicole Ruth Meyers
October 2, 2017
Page 2

hospital".

They proceeded to Oakwood Main Hospital in Dearborn and they were called and told that the child would be transferred to Children's Hospital of Michigan. Mrs. Spicer also adds that they tried to find out where the child's mother had been taken. Mr. Spicer went to Children's Hospital of Michigan and was told that his daughter (the child's mother) had died. Paternal grandfather is Robert Keith Spicer, born June 19, 1960, and the child's mother, Dawn Marie Spicer was born September 9, 1979.

Mrs. Spicer then describes that her husband, Robert Spicer didn't find out about the death of his daughter initially, but was told of the severity of the child's injuries. The child sustained a skull fracture and had "swelling of the brain", as well as "bleeding on the brain". Dr. Ham performed a bone flap from the skull because of the severe brain swelling. On a subsequent occasion they tried to replace the bone flap in February 2016, but the flap was resorbed. In June 2016 the child had plastic surgical repair of the skull, and on July 3, 2016 a shunt was placed. The child was in the hospital from the date of the accident - November 28, 2015 until December 21, 2016 when she was released home. The child had stitches and bandages and had to receive wound care. They had a plastic procedure with some minor difficulties, and the child is now active.

The child has significant developmental delays and doesn't walk, and when she attempts to walk she has a scissoring gait. She wears ankle/foot orthotics and has a marked speech delay. She will babble "mama" and "dada". She is involved in an Early Intervention Program - TOTE receiving occupational therapy and physical therapy, and there is some intention to receive speech therapy. The interventions are weekly and take place in-home. She is given exercises and Mrs. Spicer performs them and supervises them on a regular basis.

The child sleeps through the night. She is not toilet trained. She is reportedly the product of a normal pregnancy and a vaginal delivery at Oakwood Hospital. She had no prior problems and no developmental delays.

Past Medical History:

By way of past medical history the child has been under the care of pediatricians, Dr. Bronni and Dr. Nyak in Southgate. She was hospitalized for the effects of the motor vehicle accident and had re-hospitalization for surgeries to address the skull defect in February 2016, June 2016 and July 2016. She is also under the care of Dr. Ham - neurosurgeon, and Dr. Rozelle - a pediatric plastic surgeon at Children's Hospital of Michigan. She will have an additional procedure to her shunt in October 2017.

She currently takes medications - Keppra 0.6 ml twice daily (an anticonvulsant). Her last seizure was on July 17. She has two types of seizures. One is a so-called absence attack

Re: Elizabeth Nicole Ruth Meyers
October 2, 2017
Page 3

where she will stare off into space and be unresponsive.  The second kind of seizure presents with an episode of horizontal nystagmus with increased respiration and no response to stimulation.  At one point the seizures occurred on a daily basis or several times a day.  She also takes MiraLax for constipation.  She has no known drug allergies.

## REVIEW OF DOCUMENTATION

Review of documentation reveals that Elizabeth was in a car seat restrained in the driver's side passenger seat when her mother was driving on I-75.  Dawn Spicer's car stalled and was coasted to the roadside of the I-75 freeway, and while on the roadside the car was hit by a semi-tractor/trailer.  The car seat was dislodged from the base and thrown forward in the crash.  Elizabeth sustained head trauma with skull fractures and bleeding.

Elizabeth likes to watch videos on a tablet device, and is able to roll and crawl on a mat. She is described as being irritable when tired.

Dr. Bradley Sewick undertook a neuropsychological assessment on April 3, 2017 noting the child had no speech, but would only babble.  Imitation of words was not observed. Speech development was judged to be delayed.  She obtained a Composite score of 80 on the Bayley Cognitive Scale (at the 9th percentile) with mild cognitive impairment.  She had an interest in a variety of age-appropriate toys and activities, but exploration of how to manipulate objects was considered limited.  There were delays in motor use of hand. She could imitate some actions.  Although she had good palmar grasp, concepts of marking or rotating or inserting objects was absent.  On the Receptive Communication subtest of the Bayley she received a scaled score of 8 (in the 25th percentile).  On Auditory Comprehension subtest she obtained a standard score of 92 (in the 30th percentile).  On the Expressive Communication subtest she obtained a scaled score of 7 (in the 16th percentile).  There were significant impairments in multiple domains.  Motor skill standard was at 69 (in the 2nd percentile).  Socialization score was 71 (in the 3rd percentile).

Dr. Sewick described a neuropsychological impairment secondary to injuries sustained in the November 28, 2015 motor vehicle accident.  He recommended ongoing appropriate medical care and management.  The seizure disorder was associated with injuries and the breakthrough seizure phenomena which poses additional safety concerns which will be of greater magnitude if she becomes more mobile.  He recommended occupational therapy, physical therapy, and speech therapy.

Pictures of the child's skull show a midline fracture and separation.  The frontal suture is closing, but the extension into the sagittal suture shows separation.

Dr. Ham's records show a March 23, 2016 report to Dr. Nyak noting that the patient had a cranioplasty, still had prominence of tissue over the bone flap.  She was noted to be awake, alert, and interactive.  There was a fair amount of scalp swelling and CT scan

Re: Elizabeth Nicole Ruth Meyers
October 2, 2017
Page 4

showed the bone flap appears to be resorbing.  Subsequent communication indicates bone resorpment with recommendation for plastic surgical evaluation. Dr. Ham noted the patient had a decompressive craniectomy.

There are surgical notes from a diastatic skull fracture and subdural hematoma and insertion of a left frontal intracranial pressure monitor and right temporpoparietal frontal decompressive craniectomy.  She demonstrated intracranial bleeding, subarachnoid hemorrhage, small contusion and small subdural collections.  In July 2016 she developed fluid in the subgaleal space with a transient hydrocephalus.

Initial CT showed a displaced skull fracture along the right parieto-occipital lobe and cortical disruption along the occipital lobe, multiple comminuted fractures along bilateral temporal bones, moderately sized bi-temporal subcutaneous scalp hematomas, small hematoma identified along the bilateral occipito-parietal scalp.   There was an intraparenchymal hemorrhage identified along the occipital lobe, and there was additional intraparenchymal hemorrhage identified along the right frontal lobe near the vortex, as well as along the left parieto-occipital region.  There was a small left fronto-parietal subdural hematoma associated with edema.

TOTE records reveal evaluation with recommendations for baby sit-ups, leg straddling, bench sit, kneeling with support, moving from sitting to kneeling, and side sitting with lateral tilts.

Downriver Dearborn Regional Early Intervention Program assessment of March 17, 2017 notes adaptive skills related to self-care (in the 2nd percentile).  Social skills related to adult interaction were in 63rd percentile.  Performance on task associated with personal social skills related to self-concept and social role resulted in scores that fell in the 50th percentile.  In summary it was concluded that the Battelle Developmental Inventory fell in the 19th percentile, which qualified for early-on services.  They represented a significant delay and demonstrated a need for Special Education intervention.

First Responder Officer Connor was described in the Plaintiff's Facilitation Summary as noting that the child was unresponsive and he was unable to get a pulse.  She was evacuated to Oakwood Hospital and CT findings were described as above.

MENTAL STATUS EXAMINATION: On mental status examination, the patient presents the following picture:

General Attitude and Behavior: The patient is a well-developed, well-nourished, blonde child who appears to be in good spirits, but sits in a stroller with very limited interest in external environment. She sits quietly, but does respond to social stimulation with a smile. She does not follow initial instructions and does not initiate any speech.  She cannot

Re: Elizabeth Nicole Ruth Meyers
October 2, 2017
Page 5

repeat words that are stated to her.

## DIAGNOSTIC IMPRESSION:

Axis I:      Neurocognitive Disorder secondary to traumatic brain injury.

Axis II:     Deferred.

Axis III:    Status post traumatic brain injury.

             Skull fractures.

             Skull flap resorption.

             Hydrocephalus with shunt.

             Seizure disorder.

Axis IV:     Psychosocial Stressors - Motor vehicle accident. Traumatic brain injury with subsequent emotional, educational and vocational compromise.

Axis V:      Highest level of functioning over the past year - Significant developmental delay.

## DISCUSSION

Elizabeth Nicole Ruth Meyers is a child who at age 4 weeks was involved in a serious motor vehicle accident and sustained significant neurotrauma. Dr. Sewick, Dr. Ham, and Dr. Nyak have described significant developmental delays, and the TOTE program has provided early interventions and therapies.

Elizabeth also has a seizure disorder and will require 24 hour attendant care for supervision and safety due to the effects of the motor vehicle accident. She will need attendant care for an indefinite period.

Attendant care is the use of an individual to help someone who has a disability resume a more normal life and continue to function in the community. An attendant is someone who is available to an injured person who can help them do the things they cannot do because of their injury. In terms of brain injury, psychiatric or emotional issues an attendant is someone with familiarity, knowledge and the trust of the individual (not a home health

Re: Elizabeth Nicole Ruth Meyers
October 2, 2017
Page 6

aide) who can provide supervision, reminders or cuing, limit setting and advise, and behavioral control and behavioral management for people who have impairments. Medication monitoring or medication administration may also be part of attendant care. The goal of attendant care is to allow someone to lead as normal a life as possible with whatever limitations their injury has caused.

There are significant issues that Elizabeth will face as she grows and develops into later childhood, adolescence, and adulthood. The loss of her mother is a significant factor and a vulnerability to develop a psychiatric disturbance in later life.

Loss of a parent during childhood significantly increased a likelihood of developing Major Depressive Disorder during adult life, and this especially prominent if the loss occurs before the age of 9 compared to later childhood and adolescence. There is also increased risk for illnesses like Bipolar Disorder and other mental illnesses.

Furthermore individuals who experienced early parental loss experienced more lifetime episodes of depression and became depressed following lower levels of life stress occurring in the pre-depression period. There is also an association between early death of a mother and severe forms of depression in adulthood. The relationship of early parent death with later alcoholism and other forms of depression and milder effects within the general population is also seen.

Based upon my review of these medical records and my evaluation of Elizabeth Nicole Ruth Meyers, and the collateral history I have obtained from her step-grandmother, Renee Marie Spicer, I would further conclude that as Elizabeth grows up her emotional needs will be significantly increased and more difficult for her to meet.

The absence of an age-appropriate female role model usually filled by a mother will affect her ability to relate to other children, relate in peer situations, as well as adult loving relationships. The loss of a mother causes significant impairment in all of these areas, and Elizabeth will be impaired. Her adolescence will be more difficult not only because of her physical impairments, but because of her mother's death and because of the lack of companionship, role model and nurturing.

She is certainly well cared for by her grandparents, but their aging will limit their ability to provide appropriate supervision and role modeling, as well as appropriate participation in life milestone events. This will have a further compounding effect on Elizabeth's emotional growth and development, and will provide significant limitations in her ability to mature, engage in healthy peer relationships, and engage in loving relationships beyond that caused by her physical injuries. She will be in need of ongoing psychotherapy, social skills training, supervision and attendant care.

Re: Elizabeth Nicole Ruth Meyers
October 2, 2017
Page 7

If you have any further questions regarding my evaluation, diagnosis, or recommendations, please feel free to contact me at my office address.

Very truly yours,

Gerald A. Shiener, M. D.
Diplomate of the American Board of Psychiatry and Neurology
Added qualifications in Addiction, Forensic and Geriatric Psychiatry, Psychosomatic Medicine

Medical Director Integrated Care and Consultation Liaison Services
Wayne State University Physicians Group
Sinai Grace Hospital of Detroit

Assistant Professor of Psychiatry and Behavioral Neurosciences
Wayne State University School of Medicine

GAS/rll