# Exhibit 2

Case 5:16-cv-10803-JEL-SDD   ECF No. 38-3, PageID.164   Filed 03/19/18   Page 2 of 12

# CURRICULUM VITAE

**Gerald A. Shiener, M.D.**

| | | |
|---|---|---|
| **Address:** | Office: | 251 Merrill<br>Birmingham, Michigan 48009<br>(Private Practice) |
| | Home: | 6940 Brook Hollow Court<br>West Bloomfield, Michigan 48322 |
| **Birthdate:** | | July 19, 1949 |
| **Citizenship:** | | U.S.A. |
| **Married:** | | Karen Rosen<br>November 27, 1974 |
| **Children:** | | Loren Renee       David Samuel<br>Born February 6, 1986    Born September 12, 1987 |

**Education:**

1967-71
Wayne State University, Monteith College
Wayne State University, College of Liberal Arts
Research Assistant in Psychology for Gerald Cook, Ph.D.,
Northville State Hospital and Lafayette Clinic
Research Assistant in Psychology for Gerald Rosenbaum, Ph.D.,
Lafayette Clinic
B. A. in Psychology

1971-75
Michigan State University College of Human Medicine
Research Assistant in Psychophysiology for Norman Kagan, Ph.D.
Student Representative to Michigan State Medical Society
Summer Research Fellow, National Institute Mental Health
Vice-President, Local Chapter of the Student American Medical
Association
Doctor of Medicine Degree granted by Michigan State University

1

GERALD ALAN SHIENER, M. D.
CURRICULUM VITAE

**Training:**

1975-76    Resident in Psychiatry, Sinai Hospital of Detroit
             9 months - Inpatient service
             2 months - Neurology service
             1 month  - Emergency psychiatry service

1976-77    Resident in Psychiatry, Sinai Hospital of Detroit
             3 months - Emergency psychiatry service
             3 months - Day Hospital service
              - Problems of Daily Living Clinic
             5 months - Adolescent psychiatry, Lafayette Clinic

1977-78    3 months - Honorary Clinical Assistant, London Hospital
             Medical College, for Professor Desmond Pond, M.D., D.P.M., F.R.C. Psych.
             Resident in Psychiatry, Sinai Hospital of Detroit
             10 months - Outpatient service
             10 months - Psychogeriatric consultant to Jewish Home for the
             Aged, Detroit, Michigan
             10 months - Consultation service for Physical Medicine and
             Rehabilitation Department, Sinai Hospital of Detroit

1978       Residency in Psychiatry completed, Sinai Hospital of Detroit

**Faculty Appointments:**

1978-      Clinical Instructor, Department of Psychiatry, Michigan State
             University, College of Human Medicine

1978-      Assistant Professor, Department of Psychiatry, Wayne State
             University, School of Medicine

1988-94    Assistant Professor, Department of Anesthesiology, Wayne State
             University, School of Medicine

**Hospital Appointments and Positions:** Current

1999       Attending Staff, Sinai-Grace Hospital, Detroit

1978-99    Attending Staff, Sinai Hospital of Detroit

1978-99    Attending Staff, Mount Carmel Mercy -Grace Hospital

1980-      Attending Staff, William Beaumont Hospital, Royal Oak

1982-90    Psychiatric Consultant, Jewish Home for the Aged

2

06/10/2008  12:42   2486452665   GERALD A. SHIENER MD   PAGE  03/12

GERALD ALAN SHIENER, M. D.
CURRICULUM VITAE

| | |
|---|---|
| 1983- | Chief, Consultation-Liaison Psychiatry, Sinai Hospital of Detroit |
| 1983-99 | Psychiatric Consultant, Department of Anesthesiology Pain Clinic, Sinai Hospital of Detroit |
| 1986- | Psychiatric Consultant, City of Detroit Department of Police |
| 1986-88 | Director, Obsessional Disorders Treatment Unit (Anafranil Study) |
| 1986 | Electro Convulsive Treatment Committee |
| 1990-92 | Psychiatric Consultant, State of Michigan Attorney Discipline Board |
| 1990-93 | Secretary Treasurer, Medical Staff, Sinai Hospital of Detroit Chairman, Credentials Committee, Sinai Hospital of Detroit |
| 1990-93 | Disability Management Unit Director, Royal Macabee Life Insurance Disability Unit |
| 1991-93 | State of Michigan, Department of Mental Health Psychotropic Drug Use Committee |
| 1993-96 | Surveyor, Commission on the Accreditation of Rehabilitation Facilities |
| 1993-4 | Director, Alzheimer's Research Study - Cognex Access Program, Sinai Hospital of Detroit |
| 1993-96 | Vice Chief of Staff, Sinai Hospital of Detroit; Chairman, Bylaws Committee, Sinai Hospital of Detroit |

**Hospital Appointments:** Past

| | |
|---|---|
| 1978-81 | Chief, Crisis Intervention Service, Sinai Hospital of Detroit |
| 1978-81 | Chief, Crisis Intervention, Mt. Carmel Mercy Hospital |
| 1981-82 | Associate Chief, Day Hospital, Sinai Hospital of Detroit |
| 1982-90 | Attending Staff, Kingswood Hospital, Ferndale, Michigan |
| 1989-92 | Attending Staff, Margaret Montgomery Hospital |
| 1990-93 | Pontiac General Hospital, Pontiac, Michigan |

**Professional Organizations:**

| | |
|---|---|
| 1979- | American Psychiatric Association |
| 1979- | Michigan Psychiatric Society |

3

GERALD ALAN SHIENER, M. D.
CURRICULUM VITAE

| | |
|---|---|
| 1979- | Oakland County Medical Society |
| 1979-80 | Member, Michigan Psychiatric Society, Committee on Emergency Care |
| 1976-77 | Chairman, Michigan Psychiatric Society, Committee on Residents |
| 1986-92 | American Academy of Psychosomatic Medicine |
| 1989 | American Society of Addiction Medicine |
| 1994 | Michigan Neuropsychological Society, Lecturer |
| 1997 | Feilding Institute for Neuropsychology, Lecturer |
| 1998 | Michigan Psychiatric Society, Ethics Committee |
| 2001 | Chair, Michigan Psychiatric Society Committee on Terrorism |

**Licensure:**

| | |
|---|---|
| 1976 | State of Michigan |
| 1977-78 | United Kingdom |
| 1979 | State of California |

**Board Certification:**

| | |
|---|---|
| 1980 | Certified by the American Board of Psychiatry and Neurology |
| 1991 | Certified by the American Society of Addiction Medicine |
| 1994 | Certified by the American Board of Psychiatry and Neurology |
| | Added qualifications in Addiction Psychiatry |
| 1996 | Added qualifications in Forensic Psychiatry |
| | Added qualifications in Geriatric Psychiatry |
| 2004 | Recertified in Addiction Psychiatry |
| 2006 | Recertified in Geriatric Psychiatry |

**Honors and Awards:**

| | |
|---|---|
| 1977-78 | Chief Resident |
| 1978-79 | Harry E. August Award for outstanding performance as a resident |
| 1984 | Outstanding Faculty Member, Sinai Hospital of Detroit |
| 1996 | J. Edward Burke Award for member of the attending staff contributing the most to house staff education |
| 1997 | Outstanding Faculty Member, Sinai Hospital of Detroit, Department of Medicine |

4

GERALD ALAN SHIENER, M. D.
CURRICULUM VITAE

| | |
|---|---|
| 1998 | J. Edward Burke Award for member of the attending staff contributing the most to house staff education |
| 2000 | Most Outstanding Faculty Member Award, Wayne State University Department of Psychiatry |
| 2001 | Most Outstanding Faculty Member Award, Wayne State University Department of Psychiatry |
| 2003 | Fellow, American Psychiatric Association |
| 2006 | Keynote Speaker, Wayne State University School of Medicine Baccalaureate Ceremony |
| | Most Outstanding Faculty Member Award, Wayne State University Department of Psychiatry |

**Publications:**

| | |
|---|---|
| 1976-77 | Clinical Case Report "Pituitary Adenoma with Secondary Hypothyroidism Presenting as Manic Depressive Psychosis" abstracted in The Sinai Bulletin |
| 1991 | "Acute Psychoses"; "Anxiety Disorders" in The Clinical Practice of Emergency Medicine, Harwood-Nuss, Editor. J. B. Lippincott, New York 1990 |
| | "When the Patient Becomes Agitated: Diagnosis and Management of the Acutely Psychotic Medical Patient" Patient Care 25:14 Sept 1991 |
| 1994 | American College of Emergency Physicians Study Guide "Psychiatric Emergencies - Acute Psychosis" |

**Presentations:**

| | |
|---|---|
| 1985: | "Management of Common Pain Syndromes" Michigan State Medical Society Winter Meeting |
| 1986: | "Evaluation of the Acute Psychiatric Patient" "Management of Behavioral Emergencies" |

5

GERALD ALAN SHIENER, M. D.
CURRICULUM VITAE

American College of Emergency Physicians
Scientific Assembly - Atlanta, Ga.

1987:  "Evaluation of the Acute Psychiatric Patient"
    "Management of Behavioral Emergencies"
    American College of Emergency Physicians Annual Meeting - San Francisco, Ca.

1988   "Evaluation of Psycho-Behavioral Emergencies"
    "Suicide - Risk Evaluation and Management"
    "Evaluation of Altered Mental Status in the Emergency Room"
    American College of Emergency Physicians
    Annual Meeting - New Orleans, La.

    "Psychological Management of Malignant Pain" Michigan Cancer
    Foundation Winter Scientific Meeting

1989:  "Evaluation and Treatment of Sexual Disorders"
    Michigan State Medical Society Winter Meeting

1990:  "Pain Patients - Evaluation and Management" Grand Rounds,
    Detroit Psychiatric Institute

    "Beyond a Shadow of a Doubt - Psychiatric Intervention in the
    Rehabilitation of the Traumatic Brain Injured Patient"
    William Beaumont Hospital Rehabilitation Conference

    "Evaluation of Psycho-Behavioral Emergencies"
    "Evaluation of Altered Mental Status in the Geriatric Patient"
    American College of Emergency Physicians
    Annual Meeting - San Francisco, California

    "Clinical Evaluation of the Suicidal Patient"

6

06/10/2008 12:42 2486452665 GERALD A. SHIENER MD PAGE 07/12

GERALD ALAN SHIENER, M. D.
CURRICULUM VITAE

Michigan State Medical Society - Winter Meeting

"Depression and Suicide in the Closed Head Injured Patient"
Michigan Head Injury Alliance Annual Meeting, Flint, Michigan

1991: "Psychiatry and The Law" State Bar of Michigan, Worker's
Compensation Section Winter Meeting

"Evaluation of Psycho-Behavioral Emergencies" American College
of Emergency Physicians Annual Meeting - Boston, Massachusetts

"Management of Pain Syndromes" Grand Rounds, Department of
Psychiatry University of Texas Southwestern, Dallas, Texas

"Chronic Pain" Dallas - Fort Worth Physical Medicine and
Rehabilitation Society

1992: "Electroconvulsive Treatment in the Medically Ill Patient"
Michigan Psychiatric Society - Winter Meeting

"Dual Diagnosis in the Traumatic Brain Injured Patient"
NewMedicos Second Annual Conference on Brain Trauma Rehabilitation

1993: "Diagnosis and Management of Chronic Pain" Grand Rounds,
Department of Neurology Henry Ford Hospital, Detroit, Michigan

"Anxiety Disorders - Post Traumatic Stress Disorders and
Obsessive-Compulsive Disorder" Bournwood Hospital - Harvard
University, Boston, Massachusetts

"Chronic Pain" Grand Rounds, Sheppard-Pratt Hospital, Towsen, Maryland

7

GERALD ALAN SHIENER, M. D.
CURRICULUM VITAE

1994:        The Psychiatrist's Role in Evaluating Risk Factors for HIV Infection Wayne State University Conference on AIDS and Mental Health

"Management of Chronic Pain" Grand Rounds, Our Lady of the Lake Hospital, Baton Rouge, Louisiana

"Post Traumatic Stress Disorders" New Orleans Psychiatric Society, New Orleans, Louisiana

1995:        "Addiction Treatment in Primary Care" Providence Hospital Family Practice Department Board Review Course

"Management of Chronic Pain" Saginaw Veterans Administration Hospital, Grand Rounds

"Drug Interactions in Antidepressant Therapy" Cleveland Psychiatric Society, Cleveland, Ohio

1996:        "Forensic Issues in Post Traumatic Stress Disorders" Grand Rounds, State of Michigan Center for Forensic Psychiatry Ypsilanti, Michigan

"Police Brutality and Police Suicide" Wayne State University Law School Freshman Torts

1997:        Visiting Professor Series, Wayne State University School of Medicine, Department of Anesthesiology, "Chronic Pain," "Addiction," "Impaired Physicians"

Grace Hospital, Department of Medicine, Grand Rounds "Dementia and Depression"

Feilding Institute of Postgraduate Psychological Studies, Psychopharmacology

8

GERALD ALAN SHIENER, M. D.
CURRICULUM VITAE

Lecture Series

1998:   "Diagnosis and Management of the Chronic Pain Patient" Michigan Society of Anesthesiologists Annual Scientific Meeting, Grand Rapids, Michigan

"Psychiatric Evaluation and Treatment of Mild Traumatic Brain Injury" Michigan Neuropsychological Society Annual Scientific Meeting, Livonia, Michigan

"Traumatic Brain Injury - Psychiatric Sequelae" Brain Injury Association Annual Meeting, Palm Beach, Florida

1999:   "Substance Abuse" Wayne State University Department of Physical Medicine and Rehabilitation Grand Rounds

2000:   "Substance Abuse;" "Post Traumatic Stress Disorders" Wayne State University School of Law

Northville Regional Psychiatric Hospital Grand Rounds:
    Chronic Pain
    Psychogenic Polydipsia
    Depot Neuroleptics

2001   "Post Traumatic Stress Disorder" Wayne State University School of Law
    "Chronic Pain" Wayne State University Department of Neurology Grand Rounds

"Substance Abuse;" "Post Traumatic Stress Disorders" Wayne State University School of Law

"Treatment Resistant Depression" Grand Rounds Wayne State University Department of Psychiatry

9

GERALD ALAN SHIENER, M. D.
CURRICULUM VITAE

2004          "Management of Chronic Pain" Grand Rounds Department of Medicine Sinai Grace
              Hospital

2005          "Diagnosis and Treatment of Frontal Lobe Brain Injuries" North American Brain
              Injury Society Annual Meeting, Amelia Island, Florida

2006          "Frontal Lobe Syndromes" North American Brain Injury Society St. Vincent's
              Hospital, New York University, New York

              "Attendant Care Issues in Frontal Lobe Brain Injuries" Michigan Neuropsychological
              Society Annual Meeting, Birmingham, Michigan

              "The Psychiatrist as Expert Witness in Medical Malpractice" University of Detroit
              Mercy Law School

2007          "The Psychiatrist Expert Witness in Health Law" Wayne State University School of
              Law

              "The Psychiatrist as Expert Witness in Medical Malpractice" University of Detroit
              Mercy Law School

              "Diagnosis and treatment of Depression" Grand Rounds Department of Medicine Sinai
              Grace Hospital

              Edward R. Heil Symposium Connecting the Mind, Body and Spirit "The Importance
              of Hope in Healing" Sinai Grace Hospital - University of Detroit Mercy

              Michigan Association for Justice: "Presenting Emotional Distress Damages - a
              Psychiatrists Perspective"

2008          "Suicide Assessment and Prevention in Firefighters" Command Meeting, Detroit Fire
              Department

10

GERALD ALAN SHIENER, M. D.
CURRICULUM VITAE

2008            "Prevention of Suicide" Grand Rounds, Wayne State University School of Medicine, Department of Psychiatry and Behavioral Neurosciences

               "Exhibitionism" Case Presentation, Wayne State University School of Medicine, Department of Psychiatry and Behavioral Neurosciences

11