# Exhibit 7

# GERALD A. SHIENER, M. D., P. C. (/)

## GERALD A. SHIENER, M. D., P. C.
## PSYCHIATRY



LET IT RIP(HTTP://WWW.FOX2DETROIT.COM/NEWS/LET-IT-RIP/12940096-STORY)

**CURRICULUM VITAE**

Gerald A. Shiener, M.D.

251 Merrill

Suite 230

Birmingham, Michigan 48009

Telephone - 248-645-5155

Telecopier - 248-645-2665

mailto:shienerg@comcast.net

(mailto:shienerg@comcast.net)

Birthdate:        July 19, 1949

Citizenship:        U.S.A.

Married:        Karen Rosen
              November 27, 1974

Children:       Loren Renee            David Samuel
              Born February 6, 1986      Born September 12, 1987

**Education:**

1967-71   Wayne State University, Monteith College
          Wayne State University, College of Liberal Arts
          Research Assistant in Psychology for Gerald Cook, Ph.D.,
          Northville State Hospital and Lafayette Clinic
          Research Assistant in Psychology for Gerald Rosenbaum, Ph.D., Lafayette Clinic
          **B. A. in Psychology**

1971-75   Michigan State University College of Human Medicine
          Research Assistant in Psychophysiology for Norman Kagan, Ph.D.
          Student Representative to Michigan State Medical Society
          Summer Research Fellow, National Institute Mental Health
          Vice-President, Local Chapter of the Student American Medical Association
          **Doctor of Medicine** Degree granted by Michigan State University

**Training:**

**1975-76**   Resident in Psychiatry, Sinai Hospital of Detroit
              9 months - Inpatient service
              2 months - Neurology service
              l month  - Emergency psychiatry service

**1976-77**   Resident in Psychiatry, Sinai Hospital of Detroit
              3 months - Emergency psychiatry service
              3 months - Day Hospital service - Problems of Daily Living Clinic
              5 months - Adolescent psychiatry, Lafayette Clinic

**1977-78**   3 months - Honorary Clinical Assistant, London Hospital
              Medical College, for Professor Desmond Pond, M.D., D.P.M., F.R.C. Psych.
              Resident in Psychiatry, Sinai Hospital of Detroit

    10 months - Outpatient service

    10 months - Psychogeriatric consultant to Jewish Home for the Aged, Detroit, Michigan

    10 months - Liaison Consultation service for Physical Medicine and
        Rehabilitation Department, Sinai Hospital of Detroit

**1978**    Residency in Psychiatry completed, Sinai Hospital of Detroit

**Faculty Appointments:**

**1978-**    Assistant Professor, Department of Psychiatry, Michigan State
    University, College of Human Medicine

**1978**-    Assistant Professor, Department of Psychiatry and Behavioral Neurosciences,
    Wayne State University, School of Medicine

**1988-94**   Assistant Professor, Department of Anesthesiology, Wayne State
    University, School of Medicine

**Hospital Appointments and Positions: Current**

**2015**    Medical Director, Integrated Care, Wayne State University
    University Physicians Group

**2013-15**   Chief, Department of Psychiatry, Sinai Grace Hospital

**1999**    Attending Staff, Sinai-Grace Hospital, Detroit

    Medical Staff Executive Committee

    Education Committee, Wayne State University Department of Psychiatry and
    Behavioral Neurosciences

**1978-99**   Attending Staff, Sinai Hospital of Detroit

**1978-99**   Attending Staff, Mount Carmel Mercy -Grace Hospital

**1980-**    Attending Staff, William Beaumont Hospital, Royal Oak

**1982-90**   Psychiatric Consultant, Jewish Home for the Aged

**1983-**    Chief, Consultation-Liaison Psychiatry, Sinai Hospital of
Detroit

**1983-99**   Psychiatric Consultant, Department of Anesthesiology Pain
Clinic, Sinai Hospital of Detroit

**1986-**    Department Psychiatrist City of Detroit Department of Police

**1990**    Department Psychiatrist City of Detroit Fire Department

**1986-88**   Director, Obsessional Disorders Treatment Unit (Anafranil Study)

**1986**    Electro Convulsive Treatment Committee

**1986**    Consultant to Sinai Hospital Hearing Impaired Psychiatric Service

**1990-92**   Psychiatric Consultant, State of Michigan Attorney Discipline Board

**1990-93**   Secretary Treasurer, Medical Staff, Sinai Hospital of Detroit
Chairman, Credentials Committee, Sinai Hospital of Detroit

**1990-93**   Disability Management Unit Director, Royal Macabee Life Insurance
Disability Unit

**1991-93**   State of Michigan, Department of Mental Health
Psychotropic Drug Use Committee

**1993-96**   Surveyor, Commission on the Accreditation of Rehabilitation
Facilities

**1993-4**    Director, Alzheimer's Research Study - Cognex Access Program,
Sinai Hospital of Detroit

**1993-96**   Vice Chief of Staff, Sinai Hospital of Detroit; Chairman, Bylaws
Committee, Sinai Hospital of Detroit Hospital Appointments: Past

**1969-71**   Psychiatric Technician Sinai Hospital of Detroit,
**1978-81**   Chief, Crisis Intervention Service, Sinai Hospital of Detroit
**1978-81**   Chief, Crisis Intervention, Mt. Carmel Mercy Hospital

**1981-82**   Associate Chief, Day Hospital, Sinai Hospital of Detroit

**1982-90**   Attending Staff, Kingswood Hospital, Ferndale, Michigan

**1989-92**   Attending Staff, Margaret Montgomery Hospital

**1990-93**   Pontiac General Hospital, Pontiac, Michigan

**Professional Organizations:**

1979-      American Psychiatric Association

1979-      Michigan Psychiatric Society

1979-      Oakland County Medical Society

1979-80   Member, Michigan Psychiatric Society, Committee on Emergency Care

1976-77   Chairman, Michigan Psychiatric Society, Committee on Residents

1986      American Academy of Psychosomatic Medicine

1989      American Society of Addiction Medicine

1994      Michigan Neuropsychological Society, Lecturer

1997      Feilding Institute for Neuropsychology, Lecturer

1998      Michigan Psychiatric Society, Ethics Committee

2001      Michigan Psychiatric Society Disaster Response Coordinator and Liaison to APA

Licensure:

1976      State of Michigan

1977-78   United Kingdom

1979      State of California

Board Certification:

1980      Certified by the American Board of Psychiatry and Neurology

1991      Certified by the American Society of Addiction Medicine

1994      Certified by the American Board of Psychiatry and Neurology
Added qualifications in Addiction Psychiatry

1996      Added qualifications in Forensic Psychiatry
Added qualifications in Geriatric Psychiatry

2004      Recertified in Addiction Psychiatry

2006      Recertified in Geriatric Psychiatry, Forensic Psychiatry

2009      Added Qualifications in Psychosomatic Medicine

Honors and Awards:

1977-78   Chief Resident

1978-79   Harry E. August Award for outstanding performance as a resident

1984      Outstanding Faculty Member, Sinai Hospital of Detroit

1996      J. Edward Burke Award for member of the attending staff contributing the most
          to house staff education

1997      Outstanding Faculty Member, Sinai Hospital of Detroit, Department of Medicine

1998      J. Edward Burke Award for member of the attending staff contributing the most
          to house staff education

2000      Most Outstanding Faculty Member Award, Wayne State University Department
          of Psychiatry

2001      Most Outstanding Faculty Member Award, Wayne State University Department
          of Psychiatry

2003      Fellow, American Psychiatric Association

2006      Keynote Speaker, Wayne State University School of Medicine Baccalaureate Ceremony
          Most Outstanding Faculty Member Award, Wayne State University Department
          of Psychiatry

2008      Most Outstanding Faculty Member Award, Wayne State University Department
          of Psychiatry

2009      American Psychiatric Association Nancy Roeske Award For Outstanding Teaching in
          Medical Student Program
          Distinguished Fellow, American Psychiatric Association
          Examiner, American Board of Psychiatry and Neurology, Inc.

2011      Most Outstanding Faculty Member Award, Wayne State University Department
          of Psychiatry

Publications:

1976-77   Clinical Case Report "Pituitary Adenoma with Secondary
          Hypothyroidism Presenting as Manic Depressive Psychosis"
          abstracted in The Sinai Bulletin

1991      "Acute Psychoses"; "Anxiety Disorders" in The Clinical
          Practice of Emergency Medicine, Harwood-Nuss, Editor. J. B.
          Lippincott, New York 1990

          "When the Patient Becomes Agitated: Diagnosis and Management
          of the Acutely Psychotic Medical Patient" Patient Care  25:14  Sept 1991

1994      American College of Emergency Physicians Study Guide
          "Psychiatric Emergencies - Acute Psychosis"

Presentations:

1985:      "Management of Common Pain Syndromes"
      Michigan State Medical Society Winter Meeting

1986:      "Evaluation of the Acute Psychiatric Patient"
      "Management of Behavioral Emergencies"
      American College of Emergency Physicians
      Scientific Assembly - Atlanta, Ga.

1987:      "Evaluation of the Acute Psychiatric Patient"
      "Management of Behavioral Emergencies"
      American College of Emergency Physicians Annual Meeting - San Francisco, Ca.

1988      "Evaluation of Psycho-Behavioral Emergencies"
      "Suicide - Risk Evaluation and Management"
      "Evaluation of Altered Mental Status in the Emergency Room"
      American College of Emergency Physicians
      Annual Meeting - New Orleans, La.

      "Psychological Management of Malignant Pain" Michigan Cancer
      Foundation Winter Scientific Meeting

1989:      "Evaluation and Treatment of Sexual Disorders"
      Michigan State Medical Society Winter Meeting

1990:      "Pain Patients - Evaluation and Management" Grand Rounds,
      Detroit Psychiatric Institute

      "Beyond a Shadow of a Doubt - Psychiatric Intervention in the
      Rehabilitation of the Traumatic Brain Injured Patient"
      William Beaumont Hospital Rehabilitation Conference

      "Evaluation of Psycho-Behavioral Emergencies"
      "Evaluation of Altered Mental Status in the Geriatric Patient"
      American College of Emergency Physicians
      Annual Meeting - San Francisco, California

      "Clinical Evaluation of the Suicidal Patient"
      Michigan State Medical Society - Winter Meeting

"Depression and Suicide in the Closed Head Injured Patient"
Michigan Head Injury Alliance  Annual Meeting, Flint, Michigan

1991:     "Psychiatry and The Law" State Bar of Michigan, Worker's
Compensation Section Winter Meeting

"Evaluation of Psycho-Behavioral Emergencies"  American College
of Emergency Physicians Annual Meeting - Boston, Massachusetts

"Management of Pain Syndromes" Grand Rounds, Department of
Psychiatry University of Texas Southwestern, Dallas, Texas

"Chronic Pain" Dallas - Fort Worth Physical Medicine and
Rehabilitation Society

1992:     "Electroconvulsive Treatment in the Medically Ill Patient"
Michigan Psychiatric Society - Winter Meeting

"Dual Diagnosis in the Traumatic Brain Injured Patient"
NewMedicos Second Annual Conference on Brain Trauma   Rehabilitation

1993:     "Diagnosis and Management of Chronic Pain" Grand Rounds,
Department of Neurology Henry Ford Hospital, Detroit, Michigan

"Anxiety Disorders - Post Traumatic Stress Disorders and
Obsessive-Compulsive Disorder" Bournwood Hospital - Harvard
University, Boston, Massachusetts

"Chronic Pain" Grand Rounds, Sheppard-Pratt Hospital, Towsen, Maryland

1994:     The Psychiatrist's Role in Evaluating Risk Factors for HIV Infection  Wayne State
University Conference on AIDS and Mental Health

"Management of Chronic Pain" Grand Rounds, Our Lady of the
Lake Hospital, Baton Rouge, Louisiana

"Post Traumatic Stress Disorders" New Orleans Psychiatric
Society, New Orleans, Louisiana

1995:    "Addiction Treatment in Primary Care" Providence Hospital
Family Practice Department Board Review Course

"Management of Chronic Pain" Saginaw Veterans Administration
Hospital, Grand Rounds

"Drug Interactions in Antidepressant Therapy" Cleveland
Psychiatric Society, Cleveland, Ohio

1996:    "Forensic Issues in Post Traumatic Stress Disorders"
Grand Rounds, State of Michigan Center for Forensic Psychiatry
Ypsilanti, Michigan

"Police Brutality and Police Suicide" Wayne State University Law School
Freshman Torts

1997:    Visiting Professor Series, Wayne State University School of Medicine,
Department of Anesthesiology, "Chronic Pain," "Addiction," "Impaired Physicians"

Grace Hospital, Department of Medicine, Grand Rounds "Dementia and
Depression"

Feilding Institute of Postgraduate Psychological Studies, Psychopharmacology
Lecture Series

1998:    "Diagnosis and Management of the Chronic Pain Patient" Michigan Society of
Anesthesiologists Annual Scientific Meeting, Grand Rapids, Michigan

"Psychiatric Evaluation and Treatment of Mild Traumatic Brain Injury"
Michigan Neuropsychological Society Annual Scientific Meeting, Livonia,
Michigan

"Traumatic Brain Injury - Psychiatric Sequelae" Brain Injury Association Annual
Meeting, Palm Beach, Florida

1999:    "Substance Abuse" Wayne State University Department of Physical Medicine and
Rehabilitation Grand Rounds

2000:    "Substance Abuse;" "Post Traumatic Stress Disorders" Wayne State University
School of Law

Northville Regional Psychiatric Hospital Grand Rounds:
   Chronic Pain
   Psychogenic Polydipsia
   Depot Neuroleptics

2001    "Post Traumatic Stress Disorder" Wayne State University School of Law

"Chronic Pain" Wayne State University Department of Neurology Grand Rounds

"Substance Abuse;" "Post Traumatic Stress Disorders" Wayne State University School of Law

"Treatment Resistant Depression" Grand Rounds Wayne State University Department of Psychiatry

2004    "Management of Chronic Pain" Grand Rounds Department of Medicine Sinai Grace Hospital

"Obtaining High Quality Independent Medical Examinations" Association of Self Insured Employers

2005    "Diagnosis and Treatment of Frontal Lobe Brain Injuries" North American Brain Injury Society Annual Meeting, Amelia Island, Florida

2006    "Frontal Lobe Syndromes" North American Brain Injury Society St. Vincent's Hospital, New York University, New York

"Attendant Care Issues in Frontal Lobe Brain Injuries" Michigan Neuropsychological Society Annual Meeting, Birmingham, Michigan

"The Psychiatrist as Expert Witness in Medical Malpractice" University of Detroit Mercy Law School

2007    "The Psychiatrist Expert Witness in Health Law" Wayne State University School of Law

"The Psychiatrist as Expert Witness in Medical Malpractice" University of Detroit Mercy Law School

"Diagnosis and treatment of Depression" Grand Rounds Department of Medicine Sinai Grace Hospital

Edward R. Heil Symposium Connecting the Mind, Body and Spirit "The Importance of Hope in Healing" Sinai Grace Hospital - University of Detroit Mercy

Michigan Association for Justice: "Presenting Emotional Distress Damages - a Psychiatrists Perspective"

2008      "Suicide Assessment and Prevention in Firefighters" Command Meeting, Detroit Fire Department

"Prevention of Suicide" Grand Rounds, Wayne State University School of Medicine, Department of Psychiatry and Behavioral Neurosciences

"Exhibitionism" Case Presentation, Wayne State University School of Medicine, Department of Psychiatry and Behavioral Neurosciences

"Differential Diagnosis in Major Depression with Psychosis" Case Presentation, Wayne State University School of Medicine, Department of Psychiatry and Behavioral Neurosciences

Michigan Association for Justice: "Persistent Psychiatric Symptoms After Mild Traumatic Brain Injury"

"Inside the Mind of an Addict" Grand Rounds, Wayne State University School of Medicine, Department of Psychiatry and Behavioral Neurosciences

2009      "Personality and Spirituality in Addictions" Sinai Grace Hospital, Pastoral Care Seminar

New York Academy of Traumatic Brain Injury 12th Annual Conference "MRI Neuroimaging in Mild to Moderate TBI: Neuropsychological and Psychiatric Correlates"

"Addiction as a Chronic Disease" Grand Rounds Wayne State University School of Medicine Department of Psychiatry and Behavioral Neurosciences

2009      Institute of Continuing Legal Education "How to Take a Deposition"

"Internet Addiction" Grand Rounds, Wayne State University School of Medicine Department of Psychiatry and Behavioral Neurosciences

2010      "Drug Seeking Behavior" Grand Rounds, Department of Medicine, Sinai Grace Hospital

"Obsessive Compulsive Disorder" Case Report Wayne State University School of Medicine Department of Psychiatry and Behavioral Neurosciences

"Suicide" Grand Rounds, Wayne State University School of Medicine Department of Psychiatry and Behavioral Neurosciences

"Pedophilia" Case Report Wayne State University School of Medicine Department of Psychiatry and Behavioral Neurosciences

"Psychiatric Emergencies" Wayne State University Department of Emergency Medicine

"Medical Malpractice, Criminal Responsibility" Michigan State University Department of Psychiatry Academic Seminar

2010 Continued

"Competency and Insanity" Michigan Association for Justice Annual Seminar

"Management of Chronic Pain" Grand Rounds Department of Orthopedic Surgery University of New Mexico Kerry Tingley Hopsital

"Management of Chronic Pelvic Pain" Michigan State Medical Society Annual Scientific Meeting. Troy, Michigan

"Erotomania and Stalking" Grand Rounds, Wayne State University School of Medicine Department of Psychiatry and Behavioral Neurosciences

2011      "Diagnosis and Treatment of Depression in the Medical Setting" Grand Rounds Department of Medicine Sinai Grace Hospital

"Medical malpractice - A Doctor's Perspective" Grand Rounds Department of Medicine Sinai Grace Hospital

"Forensic Aspects of Chronic Pain" Michigan Psychiatric Society Spring Scientific Meeting, State of Michigan Center for Forensic Psychiatry

"Obsessive Compulsive Disorder" Grand Rounds, Wayne State University School of

Medicine Department of Psychiatry and Behavioral Neurosciences

"Physician Wellness" Kent County Medical Society, Grand Rapids, Michigan

2012     Case Presentation "A Chronic Pain Patient" Wayne State University School of Medicine Department of Psychiatry and Behavioral Neurosciences

"Borderline Personality Disorder" Grand Rounds, Wayne State University School of Medicine Department of Psychiatry and Behavioral Neurosciences

Keynote Speech, Alpha Omega Alpha Initiation Ceremony Dinner, Wayne State University School of Medicine

"Physician health and Physician Wellbeing" Michigan State Medical Society Leasdership Conference

"Forensic Psychiatry" Michigan State University Department of Psychiatry Residents Seminar

"Depression in the Medical Setting" Grand Rounds, Department of Medicine, Sinai Grace Hospital

2013     "Firearm Violence" Grand rounds, Wayne State University School of Medicine Department of Psychiatry and Behavioral Neurosciences

2014     "Chronic Pelvic Pain" Sinai grace Hospital Department of Obstetrics and Gynecology

"Forensic Psychiatry, Medical Malpractice and Criminal Responsibility" Michigan State University Department of Psychiatry

"Psychiatric Issues in Aging: Influence, Undue Influence and Testamentary Capacity" State Bar of Michigan Elder Law Section Annual Meeting

2015     "Conversion Disorder" Grand rounds, Wayne State University School of Medicine Department of Psychiatry and Behavioral Neurosciences

Psychiatric Issues in Aging - Competency and Guardianship" Michigan Guardianship Association Annual Meeting, Muskegon, Michigan

"Psychiatric Issues in Endocrinology - Transgender and Morbid Obesity" Wayne State

University Department of Endocrinology Grand Rounds

"Abusive Men" Presbyterian Women of Metropolitan Detroit

"Forensic Psychiatry, Medical Malpractice and Criminal Responsibility" Michigan State University Department of Psychiatry

Testamentary Capacity and Defending Competency" State Bar of Michigan Elder Law Section Annual Meeting

"Management of Chronic Pain" Grand Rounds Sinai Grace Hospital Department of Medicine

"Not Guilty by Reason of Insanity - The Criminal Justice System and the Chronic Mentally Ill" Keynote Speaker, Association for Behavioral Health, Annual Meeting Lansing, Michigan

-

Proudly powered by Weebly (http://www.weebly.com/?utm_source=internal&utm_medium=footer&utm_campaign=2)