## **MIL 2 INDEX OF EXHIBITS**

**Exhibit**

| | |
|---|---|
| 1 | CV |
| 2 | Deposition |
| 3 | Report |
| 4 | Evaluation |
| 5 | Outpatient Recheck |