# Exhibit 1



# ROBERT EDWIN EILERS, M.D.

## CURRICULUM VITAE

**OFFICE ADDRESS**

BLUFF CREEK
45W699 JETER ROAD
BIG ROCK, IL 60511

PHONE: (630) 556-9900
FAX: (630) 358-6987

NAPLES
11983 TAMIAMI TRAIL NORTH
SUITE 100D
NAPLES, FLORIDA 34110

PHONE (239)593-0918
FAX (630) 358-6987

**PERSONAL**

PLACE OF BIRTH:     NEW YORK, NEW YORK

CITIZENSHIP:        UNITED STATES
                    IRELAND

## EDUCATION

### RESIDENCY

Physical Medicine & Rehabilitation
Department of Physical Medicine and Rehabilitation
Northwestern University Feinberg School of Medicine
Rehabilitation Institute of Chicago
July 1979 – June 1982

Assistant Chief Resident
January 1981 – July 1981

Chief Resident
July 1981 – January 1982

### INTERNSHIP

Northwestern University Feinberg School of Medicine
McGraw Medical Center
Northwestern Memorial Hospital
Chicago, Illinois
1979 – 1980

### MEDICAL SCHOOL

University of Louisville
School of Medicine
Louisville, Kentucky
1975 – 1979

Degree Conferred: M.D.
Date: May 13, 1979

### LAW SCHOOL

University of Louisville
School of Law
Louisville, Kentucky
1976 – 1979

Degree Conferred: J.D.
Date: May 13, 1979

### UNDERGRADUATE

University of Louisville
College of Arts and Science
Louisville, Kentucky
1972 – 1975

Degree Conferred: B.A. – Biology High Honors
Date:   May 11, 1975

## HONORARY SOCIETIES

| | |
|---|---|
| Phi Kappa Phi | 1975 |
| Phi Kappa Phi | 1979 |
| Omicron Delta Kappa | 1975 |
| Alpha Epsilon Delta | 1973 |
| Woodcock Society | 1975 |

## HONORS AND AWARDS

Stanley Walker Grubbs Award            1975

Heller Fellowship
Department of Physical Medicine & Rehabilitation
Northwestern University Feinberg School of Medicine
                                                        1980 – 1981

Service Award
National Multiple Sclerosis Society
Chicago – Northern Illinois Chapter
                                                        May 6, 1985

Lawrence – Grever Award
University of Louisville
Outstanding Alumnus Award              1997

Chicago Magazine – Top Doctors         2001
Castle Connolly Medical Ltd.

Top Doctors-Chicago Metro Area         2001-present
Castle Connolly Medical Ltd.

Top Doctors for Region                 2013-present
Castle Connolly Medical Ltd.

Consumer Research Counsel of
America, America's Top Physicians      2004- present

US News & World Report Top Docs        2012-

Gulfshore Life - Top Doctors
Naples, Florida                        2016-present

Healthy Life – Top Doctors
Naples, Florida                        2016-present

3

## PROFESSIONAL CERTIFICATION

### SPECIALTY BOARD CERTIFICATION

American Board of Physical Medicine & Rehabilitation

Certificate Number:  1997
Date:  May 26, 1983

### LICENSURE

| | |
|---|---|
| National Board of Medical Examiners DIPLOMATE – Certificate Number 217791 – | 1980 |
| Federated Licensure Examination | 1979 |
| Illinois Supreme Court | 1980 |
| Real Estate Managing Broker Illinois No. 471.006022 | 2011 |
| Florida No. BK3347661 | 2016 |

### STATE LICENSES

| | | |
|---|---|---|
| Illinois | July 1980 | No. 36-061196 |
| Indiana | July 1982 | No. 31805 |
| Kentucky | July 1980` | No. 20713 |
| Michigan | May 1982 | No. 044719 |
| Wisconsin | July 1982 | No. 24507 |
| Georgia | February 1997 | No. 043201 |
| Florida | July 2010 | No. ME 107796 |

### HOSPITAL AFFILIATONS

**Adventist Hinsdale Hospital**
120 North Oak Street
Hinsdale, Illinois 60521

Provisional
September 1982 – December 1983
Associate
December 1983 – December 1984
Active
December 1984 – Present

**Rehabilitation Institute of Chicago**
345 East Superior Street
Chicago, Illinois 60411

August 1982 – 2012

**Silver Cross Hospital**
1900 Silver Cross Blvd
New Lenox, IL 60451

Associate Staff
July 2011 - 2015

4

| | |
|---|---|
| **St. James Hospital**<br>Chicago Heights, Illinois 60411 | Consulting– Jan. 1983 – March 1983<br>Associate – March 1986 – Jan. 1990<br>Active – Jan. 1990 – December 1990<br>Consulting –Jan.1991– October 1993 |
| **St. Joseph's Medical Hospital**<br>South Bend, Indiana | Associate-November1982–June1983<br>Visiting - June 1983 – January 1986 |
| **Memorial Hospital of South Bend**<br>South Bend, Indiana | Associate -July 1982- February 1984<br>Visiting -February1984- March 1986 |
| **Adventist LaGrange Hospital**<br>5101 South Willow Springs Road<br>LaGrange, Illinois 60525 | Consulting<br>October 1984- 1998<br>February 2001 – Present |
| **Loyola University Medical Center**<br>2106 South First Ave.<br>Maywood, Illinois 60153 | Consulting<br>May 1985 – November 1986<br>Active<br>November 1986 – 1998 |
| **Glendale Heights Community Hospital**<br>1501 Jill Court<br>Glendale Heights, Illinois | Consulting<br>February 1986 – September 1988 |
| **Good Samaritan Hospital**<br>3815 Highland Avenue<br>Downers Grove, Illinois | Associate<br>March 1986 – January 1988<br>Active<br>January 1988 – January 1990<br>Courtesy / Consulting<br>February 1990 – 1998 |
| **St. Joseph Medical Center**<br>Joliet, Illinois | Consulting<br>January 1986 – 1993 |
| **Delnor Community Hospital**<br>300 Randall Road<br>Geneva, Illinois | Consulting<br>May 1994 – 1998 |
| **St. Margaret's Hospital**<br>600 East First Street<br>Spring Valley, Illinois | Consulting<br>October 1996 – 1998 |
| **NCH Healthcare System** | |
| **Naples Community Hospital**<br>350 Seventh Street North<br>Naples, FL 34102 | Associate Dept Neurology<br>December 2010 -2012<br>Active Dept Neurology<br>December 2012- |

|  |  |
|---|---|
| **North Collier Hospital**<br>11190 Healthpark Blvd.<br>Naples, FL 34110 | Associate Dept Neurology<br>December 2010 –2012<br>Active Dept Neurology<br>December 2012- |

## ACADEMIC APPOINTMENTS

|  |  |
|---|---|
| **Northwestern University**<br>**Feinberg School of Medicine**<br>Department of Physical Medicine and<br>Rehabilitation<br>Chicago, Illinois | Clinical Instructor<br><br>August 1982 – Present |
| **Loyola University**<br>Stitch School of Medicine<br>Department of Orthopedics & Rehabilitation<br>Maywood, Illinois | Clinical Assistant Professor<br>May 1985 – June 2002 |

## DIRECTORSHIPS

|  |  |
|---|---|
| **Adventist Hinsdale Hospital**<br>**Hinsdale, Illinois** | Medical Director<br>Paulson Rehabilitation Network<br>September 1982 – 2010 |
| **Adventist Hinsdale Hospital**<br>Hinsdale, Illinois | Chairman<br>Rehabilitation Services<br>Patient Care Committee<br>1982 – 2012 |
| **Lexington Health Care**<br>**Center of LaGrange**<br>LaGrange, Illinois | Medical Director<br>Rehabilitation<br>July 2005 - 2010 |
| **St. James Hospital and Medical Center**<br>Chicago Heights, Illinois | Medical Director<br>Physical Medicine Unit<br>September 1983 – 1990<br><br>Department of Rehabilitation &<br>Occupational Medicine – 1990 |
| **Michiana Rehabilitation Institute**<br>**Memorial Hospital of South Bend** | Medical Director<br>Rehabilitation Services and Neuro-<br>Rehabilitation<br>July 1982 – January 1984 |

| | |
|---|---|
| **Paulson Center for Rehabilitation Medicine** | Medical Director<br>April 1986 – 2010 |
| **Paulson Rehab Network** | Medical Director<br>1989 – 2010 |
| **Back to Work Center**<br>**Lansing, Illinois** | Medical Director<br>November 1986 – 1990 |
| **Rehab America** | Medical Director<br>April 1988 – 1990 |
| **Adventist Living Centers** | National Rehabilitation Medical Director<br>October 1987 – 1990 |
| **Phase IV Transitional Living Center** | Medical Director<br>1986 – 1987 |
| **Colonial Manor Convalescent Center**<br>**LaGrange, Illinois** | Medical Director<br>Coma Arousal Program<br>1984 – 1993 |
| **Fairfax of Berwyn** | Medical Director Rehabilitation<br>Traumatic Brain Injury Unit<br>October 1993 – 2002 |
| **Fairview of LaGrange** | Medical Director<br>Brain Trauma Unit<br>October 1993 – 1999<br>Medical Director of Rehabilitation<br>2007 |
| **Chateau Village Nursing**<br>**& Rehabilitation Center**<br>**Willowbrook, Illinois** | Medical Director<br>Specialty Unit<br>January 1994 – 1999 |
| **Medbridge Medical &**<br>**Physical Rehabilitation**<br>**Westmont, Illinois** | Medical Director<br>Physical Medicine & Rehabilitation<br>May 1994 – 1996 |
| **Adventist LaGrange Hospital**<br>**LaGrange, Illinois** | Medical Director Rehabilitation<br>Services<br>Paulson Rehabilitation Network<br>2001 – 2010 |

**Skilled Nursing Facilities**

| | |
|---|---|
| **Manor Care**<br>**Naperville, Illinois** | August 2010 – |

7

### Hospital Committee Appointments

**Adventist Hinsdale Hospital**
**Hinsdale, Illinois**

Chairman Rehabilitation Patient Care Committee
1982 – 2012

By Laws Committee, Medical Staff
1988 – 1989

Medical Services Evaluation Committee
1989 – 1994

Utilization Review Committee
1991 – 2001

Hinsdale Family Medicine Residency Program
1982- 2011

**St. James Hospital and Medical Center**
**Chicago Heights, Illinois**

Chairman Rehabilitation Services Committee
March 1986 – 1990
Tumor Committee 1989 – 1990

**Paulson Center for Rehabilitation Medicine**

Professional Review Committee
1986 – 2010

Utilization Review Committee
1991 – 2010

### Other Appointments

**Division of Specialized Care for Children**
**Springfield, Illinois (Regional Office – Chicago)**
Credentialed Specialist
Physical Medicine & Rehabilitation
January 1991 –

**Illinois Head Injury Association**
**LaGrange, Illinois**
Member, Professional Advisory Committee
1984 – 1994

8

**National Head Injury, Association, Illinois Chapter**
Medical Resource List
1995 –2010

**Illinois Independent Living Center**
**LaGrange, Illinois**
Member, Finance Committee
1983 – 1985

**Rehab America**
Board of Directors
1987 – 1990
Executive Committee
1987 – 1990

**Illinois Society of Physical Medicine & Rehabilitation**

| | |
|---|---|
| By Laws Committee | 1983 – 1998 |
| Professional Relations Committee | 1988 – 1998 |
| Board Member | 1984 – 1990 |
| Vice President | 1987 |
| President | 1987 – 1989 |

**Chicago Society of Physical Medicine & Rehabilitation**
President
1987 – 1988

**Crescent Counties Foundation for Medical Care**
Member
1985 – 1996

**Northwestern University Feinberg School of Medicine**
Admissions Committee
Interview Committee
August 1999 – 2006

**Midwest Clinical Conference Committee**
Member
1980 – 1982, 1988

**Illinois State Medical Society**
Medical Legal Council
1981 – 1986

**American Back Society**
Pain Management, Arthritis and Osteoporosis Committee
1989 – 1996

9

**Burr Ridge Willowbrook Little League**
Board Member
1993 – 1998

**Illinois Green Industry Association**
Education Committee Member
1999 – 2007

**Illinois Landscape Contractor's Association**
Education Committee
2000

**Adventist Health Systems Midwest Region**
Medical Executive Committee
2000 - 2007

**University of Louisville**
Brandeis School of Law
Alumni Council
2008 – 2013

**ProAssurance Florida Regional Advisory Board**
Member
2013 –

## MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS

| | |
|---|---|
| American Medical Association | 1978 |
| Illinois State Medical Society | 1980 |
| Florida Medical Society | 2010 |
| Chicago Medical Society | 1980 |
| American Congress of Physical Medicine & Rehabilitation | 1979 |
| Illinois Society of Physical Medicine & Rehabilitation | 1979 |
| Chicago Society of Physical Medicine & Rehabilitation | 1980 |
| American Association of Electrodiagnostic Medicine | 1982 |

| | |
|---|---|
| American Academy of Physical Medicine & Rehabilitation – Fellow | 1984 |
| Physiatric Association of Spine, Sports, & Occupational Medicine – Fellow (An Official Council of the American Academy) | 1995 |
| Association of Academic Physiatrist-Diplomate | 1985 |
| International Association for the Study of Traumatic Brain Injury | 1987 – 1998 |
| Illinois Chapter National Spinal Cord Injury Association | 1988- 2012 |
| American Back Society | 1988 – 1998 |
| Illinois Green Industry Association | 1995 - 2011 |
| Illinois Landscape Contractor's Association | 2000 - 2008 |
| Florida Nursery, Growers & Landscape Association | 2002 – 2008 |

**LOCUM TENENS**

**Three Rivers Healthcare**  
701 South Health Parkway  
Three Rivers, Michigan 49093  
Acting Medical Director Rehabilitation

July 15, 2010 -  
October 1, 2010

**Blessing Hospital**  
Broadway & 11th Street  
Quincy, Illinois 62305  
Acting Medical Director Rehabilitation

November 1, 2010 -  
March 1, 2011

**Phoebe Putney Memorial Hospital**  
417 West 3rd Avenue  
Albany, Georgia 31701  
Acting Medical Director Rehabilitation

July 1, 2013-  
December 1, 2013