# Exhibit 3

*LIFE ASSISTANCE, HABILITATION AND MEDICAL
MANAGEMENT PLAN FOR HOME*

**PATIENT:**　　**ELIZABETH MYERS**

**BIRTHDATE:**　　**NOVEMBER 1, 2015**

**ADDRESS:**　　**441 CEDAR
WYANDOTTE, MICHIGAN 48192**

**REQUESTED BY: ROBERT SPICER**

**AUTHORED BY:  ROBERT E. EILERS, M.D., FAAPM&R**

## *TABLE OF CONTENTS*

| | |
|---|---|
| PERSONAL CARE | Page 3 |
| MEDICAL AND ALLIED HEALTHCARE, DIAGNOSTIC SERVICES AND HOSPITAL CARE | Page 6 |
| THERAPY CARE | Page 9 |
| HOUSING MODIFICATIONS FOR SAFETY | Page 11 |
| ICE MELT SYSTEM | Page 15 |
| ASSISTIVE TECHNOLOGY | Page 16 |
| ADAPTIVE RECREATION | Page 17 |
| WHEELCHAIR EQUIPMENT | Page 18 |
| ORTHOTICS | Page 20 |
| VEHICLE MODIFICATIONS | Page 21 |
| FUTURE SURGERIES TO CONSIDER | Page 22 |
| PERSONAL CARE SUPPLIES | Page 23 |
| BOWEL, BLADDER & HYGIENE SUPPLIES | Page 24 |
| EQUIPMENT FOR MANAGEMENT AT HOME | Page 25 |
| SUMMARY OF NON RECURRING COSTS | Page 27 |
| SUMMARY OF COST PER YEAR FIGURES | Page 28 |

## *PERSONAL CARE*

Elizabeth presents with significant neurological issues as a result of her severe traumatic brain injury caused by the semi vs auto impact. She survived although her mother died at the scene. Elizabeth sustained multiple neurological injuries with a Glascow Coma Scale of 10/15. She had bilateral intraparenchymal hemorrages, left frontal parietal subdural hematoma, bilateral scalp hematomas, displaced right parietal occipital skull fracture, bilateral temporal bone fractures, right frontal bone fracture and left parietal occipital intraparenchymal hemorrhage. The profound trauma caused severe elevations in intracranial pressure and an intraventricular pressure monitor was placed and a craniotomy was performed to reduce pressure caused by her brain swelling.

She required a subsequent cranioplasty on February 11, 2016 but the bone was resorbing and the cranioplasty was removed on March 23, 2016. An additional cranioplasty was completed on June 27, 2016. She also developed hydrocephalus as a result of her severe traumatic brain injuries and a ventriculoperitoneal shunt was placed to reduce pressure on July 3, 2016.

Her intracranial injuries have resulted in motor delays, left hemiparesis, left neglect, poor fine and gross motor skills and language deficits. Elizabeth shows perceptual deficits consistent with her parietal lobe involvement. She has also developed seizures due to her extensive brain injuries requiring the use of Keppra to manage her seizures.

Elizabeth has also sustained a left hemiparesis due to the damage to the motor cortex of the right hemisphere.

Her bimanual dexterity is impaired and she demonstrates motor planning and visual motor deficits with activity attempts.

She has notable motor delays and impaired motor coordination deficits in both gross and fine motor skills. These impact her level of function on a daily basis.

Elizabeth requires, and will continue to need, assistance with many daily activities and tasks. She will require a life assistant to help her due to her noted impairments both cognitive and motoric.

The life assistant will provide integrative support for Elizabeth with such activities as:

3

Daily hygiene
Perineal hygiene
Toileting assistance
Setting up toothpaste, soap and shampoo
Assistance with transfers and mobility
Dressing assistance with zippers, buttons, snaps, eyelets and items of clothing
Assist with makeup, jewelry clasps and hooks in the future
Meal preparation and table set up
Removing adhesive stickers from fruit, foods and items
Opening bottles, medicine containers and shrink wrap packaging
Measuring doses for any medicines prior to administration
Locating hotel rooms if traveling
Assistance and supervision in public restrooms
Assistance in restaurants and public places
Dispose of expired foods by checking expiration dates
Opening bubble packaging for over the counter medications
Assist with keys or keypads
Assist with writing or typing
Assisting with shoes, ties and fasteners
Setting up meals at the table, cutting food, preparing food, applying condiments, opening packages
Changing batteries in devices
Assist with doing laundry, changing bed linens
Light housekeeping daily and heavier cleaning as needed
Washing dishes, loading and unloading the dishwasher
Collecting trash
Clearing and protecting the garbage disposal
Measuring soap for dishwasher and washing machine
Assist taking out garbage and recyclables to curb
Grocery and supply shopping
Loading and carrying groceries
Packing luggage for travel when needed
Assistance crossing streets
Changing light bulbs
Climbing ladders
Reaching shelves
Seasonal decorating
Sewing when needed
Ironing or steaming clothing
Driving to appointments and activities
Providing security and safety for her anytime in public
Changing filters in refrigerator, dryer and furnace
Assistance with writing notes

Assistance with bill payment, finances, organizing documents and correspondence
Activating the security system
Moving furniture or other items

Certified Nursing Assistant

(3)  8 Hour Shifts Per Day $ 22.00/Hour          $ 528.00/Day     $ 192,852.00/Year

Holidays are charged at time and one half. Nights and weekends may be charged at a
higher rate but not at present. Leap year calculations are included.

Holidays at time and one half                                    $    1,848.00/Year

Total Cost per Year:                                             **$ 194,700.00**

LPN is required if administration of medications will be indicated. The CNA cannot
administer medications. The costs for an LPN position to administer medications can be
per visit or per shift. Family members can administer medications if present.

*LPN Visits are $75.00 Each Visit*

Since 2 visits per day would be required for her seizure
medications the additional cost per day is $150.00

Total Cost Per Year for LPN:                                     **$  54,787.50**

TOTAL PERSONAL CARE COSTS PER YEAR:                             **$ 249,487.50**

Interim Health Care, Detroit, Novi, Canton Michigan

5

## MEDICAL AND ALLIED HEALTHCARE, DIAGNOSTIC SERVICES AND HOSPITAL CARE

|  | COST | YEARLY |
|---|---|---|
| **Medical and Allied Healthcare** | | |
| Endocrinology Follow Up 1/Year | $ 175.00 | $ 175.00 |
| Neurology Follow Up 4/Year | $ 185.00 | $ 740.00 |
| Ophthalmology Follow Up 1/Year | $ 165.00 | $ 165.00 |
| Neuro-ophthalmology Follow Up 1/Year | $ 180.00 | $ 180.00 |
| Orthopedic Follow Up 3/Year | $ 175.00 | $ 525.00 |
| Pediatric/Medical Follow Up 4/Year | $ 155.00 | $ 620.00 |
| Rehabilitation Follow Up 4/Year | $ 180.00 | $ 720.00 |
| Dental Hygiene 4/Year | $ 155.00 | $ 620.00 |
| Psychiatry Follow Up 3/Year | $ 275.00 | $ 825.00 |
| Neurosurgery Follow Up 2/Year | $ 210.00 | $ 210.00 |
| Plastic Surgery Follow Up 1/Year | $ 195.00 | $ 195.00 |

### Laboratory Services

| | | COST | YEARLY |
|---|---|---|---|
| Chemistry Panel | 1/Year | $ 266.50 | $ 266.50 |
| Vitamin D Level | 1/Year | $ 221.00 | $ 221.00 |

6

| | | | |
|---|---|---|---|
| Growth Hormone | 1/Year | $ 103.00 | $   103.00 |
| Keppra Level | 4/Year | $ 273.00 | $ 1,638.00 |

### *Diagnostic Services*

| | | |
|---|---|---|
| EEG 1/Year | $ 358.00 | $   358.00 |
| Hip X-rays 1/6 Years Until Age 18 | $ 358.00 | $    59.66 |
| MRI Brain 1/6 Years | $1,929.00 | $   321.50 |
| Spinal Tap 1/10 Years | $2,850.00 | $   285.00 |
| Bone Scan 1/12 Years | $1,520.00 | $   126.66 |
| Scoliosis Survey 1/3 Years Until Age 18 | $   368.00 | $   122.60 |
| MRI Hips 1/12 Years | $1,575.00@ | $   262.50 |
| Polysomnography 1/15 Years | $2,625.00 | $   175.00 |
| Cardiac Perfusion Imaging 1/40 Years | $2,846.00 | $    71.15 |
| Bone Density Scan 1/5 Years | $   513.00 | $   102.60 |
| Positive Emission Tomography Brain 1/12 Years | $3,850.00 | $   320.83 |
| MRI Knees 1/16 Years | $1,802.00@ | $   225.25 |
| 3D CT of Skull 1/15 Years | $2,775.00 | $   185.00 |
| 24 Hour EEG with Video 1/12 Years | $2,800.00 | $   233.33 |

## *Hospital Care\**

| | | |
|---|---|---|
| Hospital Admission History & Physical 3/Year | $ 265.00 | $ 795.00 |
| Hospital Stay 6 Days | $ 4,293.00 | $ 25,758.00 |
| Medical Follow Up 3 Days | $ 215.00 | $ 645.00 |

*Surgery, procedures and consultation not included
Emergency Room fees not included

| | |
|---|---|
| Total Cost per Year until age 18: | $ 37,250.58 |
| Total Cost per Year thereafter: | $ 37,068.32 |

costhelper.com
Beckershospitalreview.com
International Federation of Health Plans
Newchoicehealth.com
Bostonscientific.com
LabCorp.com
Codemap.com

## *THERAPY CARE*

|  | PER VISIT | YEARLY |
|---|---|---|
| **Physical Therapy** | | |
| 5 Times/week to age 10 | $ 201.00 | $ 52,260.00 |
| 3 Times/week to age 18 | $ 201.00 | $ 31,356.00 |
| 2 Times/week for life | $ 201.00 | $ 20,904.00 |
| **Occupational Therapy** | | |
| 5 Times/week until age 8, then | $ 201.00 | $ 52,260.00 |
| 3 Times/week until age 18, then | $ 201.00 | $ 31,356.00 |
| 1 Time/month for life | $ 201.00 | $ 10,452.00 |
| **Speech Therapy** | | |
| 5 Times/week until age 10, then | $ 201.00 | $ 52,260.00 |
| 3 Times/week until age 18, then | $ 201.00 | $ 31,356.00 |
| 2 Times/week until age 26, then | $ 201.00 | $ 20,904.00 |
| 12 Times/year for life | $ 201.00 | $ 2,412.00 |
| **Psychological Counseling, Behavioral Modification Therapy Cognitive Therapy** | | |
| 1 Visit per week to Age 16, then | $ 185.00 | $ 9,620.00 |

| | | |
|---|---|---|
| 2 Visits per month to age 21, then | $ 185.00 | $ 4,440.00 |
| 1 Visit per month for life | $ 185.00 | $ 2,220.00 |

**Rehab Case Manager**

| | | |
|---|---|---|
| 1 hour/month | $ 155.00 | $ 1,860.00 |

**Neuropsychology Evaluation**

| | | |
|---|---|---|
| 1 every 3 years to Age 26, then | $2,400.00 | $   800.00 |
| 1 every 10 years for life | $2,400.00 | $   240.00 |

**Total Cost per Year:**

| | |
|---|---|
| Until age 8, then | **$ 169,060.00** |
| Until age 10, then | **$ 148,156.00** |
| Until age 16, then | **$ 106,348.00** |
| Until age 18, then | **$ 101,168.00** |
| Until age 21, then | **$  59,360.00** |
| Until age 26, then | **$  57,140.00** |
| Each Year Thereafter: | **$  38,088.00** |

Affinity Home Agency, South Lyon, Michigan
Therapists.psychologytoday.com

10

## *HOUSING MODIFICATIONS FOR SAFETY*

✓ GENERAL CONSIDERATIONS

Elizabeth's home should be designed to provide safe housing. It should preferably be a single level residence due to her motoric impairments. Stairs should be avoided
Floors should be safe with padded low pile carpet where possible
Securing the house from unplanned egress is important for safety

✓ INTERIOR AREAS

o HALLWAYS

Should be 72 inches wide to allow adequate room for attendants, scooters and wheelchairs
Lights to be movement activated in hallways, Lutron lighted pathway controls
Door casing with smooth rounded edges
Drywall corners to be rounded
Handrails in hallways to be lighted with LED rope in lower recess

o DOORWAYS

Doors must be fire resistant solid core doors UL 30 minute rating
Pocket doors are to be utilized where feasible for safety
Smooth rounded casing and edges
Accessible hardware on all doors

o LIGHTING

Lutron pathway control and whole house lighting systems are preferred with security system integration
Emergency pathway lighting for emergency exit access

- FIRE

  Alarm system with smoke detectors in each room
  Carbon Monoxide sensors
  Whole house fire sprinkler installation wet system
  Positive ventilation system for smoke for exit route, HVAC shut off system
  provided by Honeywell
  Emergency pathway lighting with battery back-up
  All rooms and bedrooms to have direct exits to exterior for first
  responder access
  Response plan should be on file with assigned Fire Station
  Knox Box to be installed

- BEDROOM AREA

  Room to have direct exit to outside for easy evacuation
  Bedroom is to connect directly to bathroom area
  Plan for future wheelchair access
  Double joists for future track lift system in later years

- UTILITIES

  Security system with police, fire, ambulance with wireless remote
  monitoring and security cameras with central and local monitoring
  Induction range for kitchen safety

- GARAGE AREAS

  Remote control door opener (Chamberlain) with battery backup
  Central floor drain to accept runoff to triple drain before discharge
  All garage walls adjacent to interior to be cement block and ceilings fire
  rated
  Garage to be fitted with fire sprinklers
  No center pole to allow second bay access for accessible van
  Pneumatic compressor to inflate tires and clean wheelchairs/scooters
  Hot and Cold spigots for equipment cleaning

- BATHROOM

6 x 6 foot roll-in shower
Infinity floor drain 6 foot wide to 2 inch sewer drain
Sure Dry Shower drying system with timer for mildew control
Grab bars in shower for safety
Plywood ¾ inch wall backing for grab bars
Point of supply hot water heaters with remote temperature control
settings
Grohe or other pressure balanced temperature controlled ¾ inch valves
Grohe or other diverter valves, ¾ inch for hand held shower and shower
heads
Valves and supplies at shower access outside for safety
Tumbled stone 4 inch floor tiles with slope to infinity drain at shower
All shower floor tiles to be mud set ½ inch below bathroom floor with
wide grout lines
Durock cement board or Kerdi-Board to be used for walls
Shower floor and tray walls to have sealed vinyl membrane by Kerdi
Fanteck timed exhaust system at toilet and shower and sink, 6 inch ducts
SunTouch floor heating system for floor drying with timer
All outlets to be 20 AMP GFI
Storage corner for shower chair
Louvered doors for ventilation

- OUTDOOR AREAS

There should be a yard fully fenced and secured.

**Total direct job costs**            **$ 409,910.00**

          **Labor**       **$ 208,280.00**

          **Material**    **$ 192,636.00**

          **Equipment $   8,994.00**

Total indirect job costs          $ 47,510.00

Insurance   $ 15,823.00

Clean-up    $ 3,156.00


Permits and Utilities

$ 11,191.00

Plans and Specs

$ 20,496.00

Total Contractor Markup       $ 57,387.00



TOTAL COSTS                    $ 517,963.00


*Based on Zip Code 48192, Wyandotte, Michigan in December 2016.

Building-cost.net
US Fire Administration

## *ICE MELT SYSTEMS*

Since Elizabeth still plans to remain in the Wyandotte area with significant snow and ice accumulation annually, she should install a snow melt system for the driveway and walkways in the accessible one level home. Either a Viessmann or Buderus boiler is required and runs of Pex plastic tubing are connected to the mesh in a concrete driveway. The hydronic system using a water and glycol mixture is best to utilize with the proper controls which sense temperature and moisture on the driveway surface. Assuming 1200 square feet of walkways and driveways the cost is $13.50 to $21.50 per square foot for a total cost of $16,200.00 to $25,800.00 for new construction. Average cost of $21,000.00 with 20 year life.  Additionally, annual utility costs can run $450.00 to $750.00 per season.

|  |  |
|---|---|
| Total Annual Cost Ice Melt System | $ 1,050.00 |
| Total Utility Costs per Year | $   650.00 |
| **TOTAL COST PER YEAR** | $ 1,700.00 |

Buderus.com
Viessmann.com
Paversearch.com
Reha.com

## *ASSISTIVE TECHNOLOGY*

IPAD PRO with WIFI 128GB                              $  42.91/month

IPHONE  7 Plus 32GB                                  $  36.24/month

Phone/Data 2GB $35.00 per Month                      $  35.00/month


                        Cost per Year        $ 1,374.00/Year


IPAD and IPHONE can run Lingraphica applications for communication and applications can be downloaded for free at apple store apps

GPS location services can be added for wander protection such as Amber Alert GPS Smart Locator for $145.00 Purchase and $15.00/month monitoring fee.

Amberalert.com
Verizon.com
Aphasia.com

## *ADAPTIVE RECREATION*

Recreational Therapist

2 Hours/Month                    $140.00/Hour              $ 3,360.00

Coordination of extensive adaptive recreational activities can be done by a Certified Recreational Therapist. Additional costs will be incurred for specialized equipment, buddy training and certification as well as for special travel and accommodations. The therapist can also assist with integrated activities for birthday and other events to create an inclusive environment for sharing these positive experiences with other disabled peers and unimpaired peers who participate.

Below are web sites to be explored for extensive adaptive opportunities.

divepirates.org
ChallengeAlaska.org
Unlimitedskiing.com
Outdoorbuddies.org
Wildernessinquiry.org
Tranquiladventures.com
Wildernessonwheels.org
Tellurideadaptivesports.org
Specialolympics.org
Fhnbinc.org
Hsascuba.com
Nwpainc.org
Sailtoprevail.org
Footloosesailing.org
Juddgoldmansailing.org
Palaestra.com
Nscd.org
Disabledsportsusa.org
Adaptiveadventures.org

## WHEELCHAIR EQUIPMENT

### Until age 8

Pediatric Manual Wheelchair

>   Manufacturer: Freedom Designs Dual Tilt Wheelchair NXT
>                  Generation Next

>   Additions: Trunk supports, head supports, lower body supports, butterfly harness
>   system, dynamic footrests, custom inserts and anti-tippers.

>   Total Initial Purchase Cost:          $ 12,568.00

>   Annual Service Cost                   $  1,256.80

>   Replacement Every Three Years

>   Total Cost per Year to Age 8          $ 4,608.26

Pediatric Transport Wheelchair

>   Manufacturer: Karman Ergonomic MVP Reclining Transport

>   Total Initial Purchase Cost:          $ 1,699.00

>   Annual Service Cost                   $   175.00

>   Replacement Every Three Years

>   Total Cost per Year to Age 8          $   741.33

**TOTAL COST PER YEAR TO AGE 8**          **$ 5,349.59**

**After Age 8**

Manual Wheelchair

    Light Weight Wheelchair

    Manual Wheelchair: Quickie Zippie/2 Light

    Initial Purchase Cost                  $ 1,595.00

    Annual Service and Repairs         $   159.50

    Replacement Every 8 Years

    Cost per Year:                      **$  358.87**

Motorized Power Chairs

    Pride Go-Chair or Equivalent

    Initial Purchase Cost                  $ 1,449.00

    Annual Service and Repairs         $   144.90

    Replacement Every 6 Years

    Cost per Year                       **$  386.40**

    Service loaner costs not included

    Mobility Equipment Total per Year after Age 8    **$ 745.27**

Ilevel.rehab
Freedomdesigns.com
1800wheelchair.com
Spinlife.com

## <u>ORTHOTICS</u>

|  | COST | YEARLY |
|---|---|---|
| Plastic molded AFO (Replacement Every Year) | $1,335.00@ | $ 1,335.00 |
| Total Cost per Year: |  | $ 1,335.00 |

Hanger Clinic:  Orthotics & Prosthetic Solutions,  Detroit, Michigan

## *VEHICLE MODIFICATIONS*

A minivan, which has been modified for Elizabeth's needs, will be the best mode of transportation.  This will allow for transport of the wheelchair for her regular use.  The following are recommendations:

2016 Chrysler Town & Country or similar V6, 3.6L 6 speed automatic.

- Includes Braun Conversion Entervan model, Full cut 14" lowered floor, Power sliding passenger door, Power kneel system, Power ramp slotted, Wheelchair securement straps and Power windows and door locks. Quiet Drive.  Fire extinguisher in van.

3 Year 36,000 mile Basic Warranty

Lifetime Power Train Warranty

5 Year 100,000 mile roadside assistance

| | |
|---|---|
| Total Initial Purchase Cost: | **$ 59,790.00** |
| Replacement Every 5 Years | |
| Total Cost per Year: | **$ 11,958.00** |

Does not include cost for loaner rentals during service and repairs, handicapped license plates, insurance or operating costs.

Mcmobilitysystems.com
Cars.com

21

## *FUTURE SURGERIES TO CONSIDER*

Elizabeth will require surgeries over her lifetime as a result of her traumatic injuries.

As a result of her significant head trauma she has developed hydrocephalus and will require VP Shunt revisions. She will need multiple revisions and at least 3 are probably going to be required.

Cost of VP Shunt          $46,500.00 @    Total  $ 139,500.00

Elizabeth may also require Scoliosis surgery and hip derotational surgeries and tendon releases in her youth but the actual need is not certain yet.

Elizabeth will probably require plastic surgery and cranioplasty revisions. The frequency and extent are not known at this time.

Elizabeth will probably require joint replacements over her lifetime due to her probable abnormal gait. Hip and knee replacement surgeries are likely.

**TOTAL FUTURE SURGERIES**          **$ 139,500.00**

Pearldiver.com                          Costhelper.com
Newchoicehealth.com                     Healthcarebluebook.com

## *PERSONAL CARE SUPPLIES*

|  | Cost | Yearly |
|---|---|---|
| Pocket Dresser 2/Year | $ 39.95 | $ 79.90 |
| Knork 6/Year | $ 5.95 | $ 35.70 |
| Zipper Rings 12/Year | $ 8.95 | $107.40 |
| Reacher 2/Year | $ 20.00 | $ 40.00 |
| Built Up Utensils 4 sets/Year Fork, Spoon, Soup Spoon | $ 21.00@ | $ 252.00 |
| Anti skid placemats 1 dozen/Year | $ 360.00 | $360.00 |
| Non skid cereal bowl 4/Year | $ 17.50 | $ 70.00 |
| Button hook 4/Year | $ 8.00 | $ 32.00 |
| Shower Buddy Shower Chair 1/6 Years | $ 1,611.00 | $268.50 |
| Ablewear knife rocker 3/Year | $ 5.85 | $ 17.55 |
| Philips Sonicare 1/2 Years | $ 189.99 | $ 94.99 |
| Philips Sonicare Brush Tips | $ 39.00/6 | $ 39.00 |

TOTAL COST PER YEAR                    **$1,397.04**

activemotionhealth.com
dynamic-living.com
colonialmedical.com
independentliving.com
disabled-world.com

## *BOWEL, BLADDER & HYGIENE SUPPLIES\**

|  | Cost | Yearly |
|---|---|---|
| Chux UnderPads (23" x 36") 4/Day | 150/$ 52.08 | $ 1,013.82 |
| Diapers 6/Day | 48/$43.99 | $ 2,007.04 |
| Non Sterile Gloves 18/Day | 100/$ 9.24 | $   607.06 |
| Desitin Zinc Oxide 3/Year | 16oz/$13.48 | $     40.44 |
| Ready Flush Medline 24/Day | 540/$69.99 | $ 1,135.39 |
| Saalfeld Biohazard Bags 6/Day | 500/$124.01 | $   543.16 |
| Unimed Biohazard Bags 1/Day | 50/$41.00 | $   299.30 |
| Sandi Hands Wipes Tub 135/Week | 135/$5.95 | $   309.40 |
| Eye Protection 3/Day Alair | $14.40/12 | $ 1,314.00 |
| Gowns 6/Day | $72.32/100 | $ 1,583.80 |
| Masks 6/Day | $4.00/50 | $   175.20 |

Total Cost per Year:                                        **$ 9,028.61**

\*Supplies may change if Elizabeth can improve toileting as she ages, or fewer diapers and supplies may be used.

HealthyKin.com
Uline.com
Qualitymedicalsupplies.com
Walmart.com
Medsupplyco.com
Walgreens.com

## _EQUIPMENT FOR MANAGEMENT AT HOME_

| | | |
|---|---|---|
| Physical Therapy Table w/Mat (4'x7') | $ 409.80 | 7 Years |
| Physical Therapy Wall Mat (4'x8') | $ 220.30 | 5 Years |
| Physical Therapy Stool (w/wheels) | $ 122.95 | 7 Years |
| V4 ceiling track lift system* (Bedroom-Bath-Therapy) | $14,680.00* | 12 Years |
| Motor Replacement | $ 4,250.00 | 10 Years |
| Slings for lift | $ 198.00 | 2 Years |
| Hospital Bed Hill Rom | $ 5,599.00 | 12 Years |
| Tilt in Space Shower Chair | $ 2,295.00 | 5 Years |
| Prone Stander Rifton | $ 1,895.00 | 5 Years |
| Aretech Zero G System* | $142,000.00 | 40 Years |
| Aretech Annual Service and Repairs | $ 3,000.00 | |
| Kohler Generator 30KW NG | $ 10,394.00 | 20 Years |
| Tumble Forms, Blocks, Wedges & Cylinders | $ 343.68 | 1 Year |

| | | |
|---|---|---|
| 40 Year property | Cost per Year | $ 3,550.00 |
| 20 Year property | Cost per Year | $ 519.70 |
| 12 Year property | Cost per Year | $ 1,689.91 |
| 10 Year property | Cost per Year | $ 425.00 |
| 7 Year property | Cost per Year | $ 76.10 |
| 5 Year property | Cost per Year | $ 882.06 |

| 2 | Year property | Cost per Year | $ | 99.00 |
| 1 | Year property | Cost per Year | $ | 343.68 |
| 1 | Year service | Cost per Year | $ | 3,000.00 |

Total Cost per Year:                                    **$10,585.45**

*Cost listed above does not include installation

Aretech.com
Spinlife.com
Rifton.com
Bhm-medical.com
HillRom.com

## *SUMMARY OF NON RECURRING COSTS*

HOUSING MODIFICATIONS                              $ 517,963.00

FUTURE SURGERIES                                   $ 139,500.00

## _SUMMARY OF COST PER YEAR FIGURES_

PERSONAL CARE                                          $249,487.50

MEDICAL AND ALLIED HEALTHCARE, DIAGNOSTIC
SERVICES AND HOSPITAL CARE

    Cost per Year until age 18:                  $ 37,250.58

    Cost per Year thereafter:                    $ 37,068.32

THERAPY CARE

    Total Cost Per Each Year:

    Until age 8, then                            $169,060.00

    Until age 10, then                           $148,156.00

    Until age 16, then                           $106,348.00

    Until age 18, then                           $101,168.00

    Until age 21, then                           $ 59,360.00

    Until age 26, then                           $ 57,140.00

    Each Year Thereafter:                        $ 38,088.00

ICE MELT SYSTEM                                        $    1,700.00

ASSISTIVE TECHNOLOGY                                   $    1,374.00

ADAPTIVE RECREATION                                    $    3,360.00

28

WHEELCHAIR EQUIPMENT

     EACH YEAR TO AGE 8         $    5,349.59

     EACH YEAR THEREAFTER       $     745.27

ORTHOTICS         $    1,335.00

VEHICLE MODIFICATIONS       $   11,958.00

PERSONAL CARE SUPPLIES       $    1,397.04

BOWEL, BLADDER & HYGIENE SUPPLIES       $    9,028.61

EQUIPMENT FOR MANAGEMENT AT HOME       $   10,585.45