# Exhibit 4



# PHYSICAL MEDICINE AND REHABILITATION ASSOCIATES

PHYSICAL MEDICINE
& REHABILITATION
ELECTROMYOGRAPHY

PHONE (630) 556-9900
FACSIMILE (888) 328-2601

OFFICE ADDRESS:
BLUFF CREEK
45W699 JETER ROAD
BIG ROCK, ILLINOIS 60511

ROBERT E. EILERS, M.D., FAAPM&R
email: contact@pmrassociates.org

## EVALUATION

RE: MYERS, ELIZABETH
DOB: 11/01/2015

DATE OF EVALUATION: October 15, 2016

HISTORY: I had the opportunity to see Elizabeth with her grandfather, Robert Spicer, and his wife, Renee Spicer, and I also had the opportunity to briefly meet their son, Billy, at their residence located at 441 Cedar in Wyandotte, MI 48192.

Elizabeth was born on 11/01/2015. She is the daughter of Robert's daughter, Dawn, and she is currently 11-months of age. Unfortunately, on 11/28/2015, Dawn, who was operating their vehicle, pulled off the side of the interstate, and her vehicle was tragically rear-ended by a tractor trailer, resulting in Dawn's death at the scene of the accident. The accident resulted in the rear of the car being pressed forward, the car seat apparently being dislodged from its base and forced into the front seats. Elizabeth sustained a traumatic brain injury, multiple skull fractures, and has now recently required a VP shunt and shows significant encephalomalacia. The impact was apparently at a high rate of speed. Elizabeth's Glasgow Coma Scale was 10 at the emergency room and eventually revised upwards in subsequent days to 12.

She was taken initially to Oakwood Hospital after she was extracted from the vehicle and then transferred to Children's Hospital of Michigan where she was diagnosed with multiple skull fractures. She had bilateral intraparenchymal hemorrhages. She had left frontoparietal subdural hematomas, bilateral scalp hematomas, and multiple bilateral skull fractures. She had acute blood loss anemia secondary to hemorrhaging.

She had an EEG done on 12/04/2015 which showed her to have delta and theta waves, sharp waves bilaterally suggestive of seizures, with more involvement in the right hemisphere than the left. A CT scan was carried out showing a right parietal occipital skull fracture, minimally displaced, bilateral temporal bone fractures, occipital fracture right frontal, left parietal occipital intraparenchymal hemorrhages, and left frontoparietal subdural hematoma. She was seen by pediatric neurosurgery. She had a craniotomy done for decompression and had an intraventricular monitor placed during her time at Children's.

1

When she was admitted to Oakwood Hospital she was noted to be crying. She remained at the hospital and then was discharged to the home setting.

Subsequently she had a cranioplasty done on 02/11/2016, and a CT showed absorption of the bone flap in the right temporoparietal area and was noted to have encephalomalacia of the right parietal subcortical white matter. She was showing some herniation through the cranioplasty site, 03/23/2016, and they needed removal of the cranioplasty done. Subsequently she had surgery done in June of 2016 and had a VP shunt done on 07/03/2016. Records were available for the Children's Hospital and Oakwood Hospital.

She also apparently had a number of rib fractures which were initially treated.

TREATING PHYSICIANS: Presently they follow with Dr. Steven Ham at Children's Hospital in Michigan in pediatric neurosurgery and Dr. Arlene Rozzelle at Children's Hospital in Michigan who is Chief of Plastic and Reconstructive Surgery. The primary care physician is Dr. Dinesh Nayak in Southgate MI.

FAMILY MEDICAL HISTORY: Otherwise unremarkable.

SURGICAL HISTORY: She had placement of the VP shunt, right hemisphere and in the right neck area, 07/03/2016. She had the cranioplasty again, 06/27/2016. She had had the bone replacement on 02/11/2016. She had removal of part of the skull to relieve her swelling, or the cranioplasty done, 11/29/2015.

INJURY HISTORY: None.

ALLERGIES: None.

CURRENT MEDICATIONS: Keppra 0.4 mL b.i.d. for control of her seizures, although it appears she may be having some breakthrough.

OTHER SYMPTOMS: She does show nystagmus when lying supine, particularly with attempting to focus. She does have altered concentration. She has some absence periods. She has poor motor coordination and almost a motor apraxia. She has difficulty with motor planning in the left upper extremity compared to the right. It appears that she may have some visual perceptual problems using the left upper extremity and placing it over or by objects. The patient has been showing some steppage gait when supported, which is demonstrated during her physical exam. She is able to tolerate liquids and use a bottle. She is starting to use some sippy cups. She is not showing any coughing or aspiration. She did not require a feeding tube except through nasogastric means early on.

DIAGNOSTIC TESTING: She has had 3-D CT scans of the skull showing the deformities. She has had MRIs and EEGs carried out.

PAST MEDICAL HISTORY: Otherwise she has been in excellent health.

ACTIVITIES OF DAILY LIVING: She certainly is dependent, as anticipated for her age at 11

months. She is doing some finger food. She tends to pick them up with the left and will try and transfer them to the right, but has more difficulty getting the right to the mouth at times. She is not able to crawl. She cannot sit up independently. She can sit in a walker but does not scoot. She does not push forward or back. When I move the walker, she does lift her legs to prevent them from dragging on the floor. She does play with toys, particularly noisy cause and effect toys on her walker. She tends to show more dominance to the right. Items in her left visual field are less attractive to her, and she does show some changes of object permanence, not pursuing items taken out of her visual field.

THERAPY: She is not receiving therapy at this time.

EDUCATION: She has of course not begun school.

SOCIAL HISTORY: She lives with her grandfather, as well as her step grandmother in their home. She does have an aunt, Dawn's sister, Heather, who is 32. Billy is Renee's son and he is 19. Heather, who is Renee's daughter, has cerebral palsy and she is 25. Elizabeth's brother, Devin, is 12 and lives with his father.

They currently live in a home which the family owns. They have stairs. Elizabeth obviously lives with her family. The family provides her care. She sleeps in a crib. They do not have an adapted home. No adapted wheelchair. No adapted devices. There is a ramp at the home in the front, and they do have an adapted van that they can use. Currently she uses about 6 diapers a day. She is not aware of her incontinence. She does not get upset or cry or whine. No one smokes or drinks. The home is immaculate, well cared for.

Currently she is 28 inches tall, 17 pounds.

PHYSICAL EXAMINATION: Elizabeth is initially seen in a walker. She is pleasant. She smiles. She does coo. She does not use any words. They have heard her say "dada," but she has not demonstrated any other verbal output at this time. She tends to neglect to the left. She will quickly track and look to the right. I was able to get her on the floor and she could roll, particularly to the left. She will continuously roll to the left. She is not showing a significant asymmetric tonic neck reflex. She does not roll to the right. Generally she shows good head control in the walker. She showed good head control and would try and bring her head up from the floor, but she could not long sit. When I seated her on the floor upright, she was able to maintain her head control, but not trunk control and immediately fell backwards. She was supported. She does not drop to the floor injuring herself, but she does not have adequate trunk support to remain in an upright position. She did like the television and music. She would smile, but did not become fussy when it was ended. Toys taken from her did not cause her to become fussy. It appears that her visual field is diminished to the left. She did not respond to a sudden visual threat by blinking. Items placed in her left visual field while she was focusing to the right did not draw her attention. Items placed in the right and left visual field with frontal confrontation eventually obtained a response. It appears that she has vision to the left, but she tends to neglect some of the stimuli and may suppress that. She did show nystagmus when she was recumbent on the floor. She tends to show some perseveration on toys specifically, and particularly certain games they note she will repeat. She does show some difficulty with her motor control and planning. More of a motor apraxia of the left upper extremity. When she was attempting a purposeful task, she had more

3

difficulty than automatic responses. She has difficulty with transfer of food to her hands, but she was able to do it. She was eating some small baby cookies at this time. She cannot really use a sippy cup; that was tried. She does use a bottle. She is incontinent of bowel and bladder. When toys were taken out of her visual field, she did not cry or pursue them. She smiled when they reappeared in her visual field but did not pursue them when taken out of her visual fields. She tends to use her left arm more, although she does show bimanual activity, but it is more difficult with bimanual and it appears that she initiates activities with the left, although she does use the right. She seems to have more motor planning and placement problems with the left upper extremity than the right. She did appear to have some brief periods of absence where she was not fully responsive, staring into space. No motor seizure activity was noted. She was able to protrude her tongue. She could keep liquids within her mouth without showing significant drooling, and she was able to swallow without coughing. She is sleeping through the night. They note that at times she seems to wake up crying with nightmares. They note she has longer naps. She tires, such as today after the exam and a great deal of activity, she became far more exhausted and was becoming more lethargic, probably related to depletion of neurotransmitters. Her head is asymmetric. She has some flattening of the posterior cranium. It is difficult to gauge her head size. At this point in time, she does have the shunt over the right coursing to the neck and to the right abdominal region. It does not show any obstruction. She does not show any distension. The shunt appears to be functioning well for her. She appears on tracking to have full extraocular movements, but she tends to move her head to track objects. It was more difficult to test extraocular movement. She does show eye movement, but tends to be more dominant moving her head to look at items straight on. Hearing is intact. She is able to respond and localize to noxious auditory stimulus, both right and left. She did localize pressure. She tended to laugh and giggle, but she did localize where the stimuli was coming. She responded to pinprick in each of the extremities by localizing slight pointed pressure. She is able to grab objects with her fingers. She is able to hold toys and to shake them, both in the right and the left hand. She does like lighted, responsive, noisy toys, as would be expected in her walker, but she does tend to perseverate one toy even when other toys are put into her visual field.

IMPRESSION
1. Profound traumatic brain injury resulting in permanent neuromuscular deficits.
2. Multiple skull fractures, including right parietal occipital skull fracture, minimally displaced, bilateral temporal bone fractures.
3. The patient sustained occipital right frontal, left parietal, and occipital region intraparenchymal hemorrhages.
4. Left frontoparietal subdural hematoma.
5. Seizure activity with abnormal EEG.
6. Hydrocephalus.
7. Status post ventriculoperitoneal shunt.
8. Status post decompressive craniotomy for edema and placement of intracranial pressure monitor.
9. Status post cranioplasty, February of 2016.
10. Encephalomalacia demonstrated on followup CT in the right parietal subcortical white matter.
11. Cranioplasty in June 2016.
12. VP shunt placed on the right, 07/03/2016.

13. The patient shows evidence of neglect to the left side with associated cognitive deficits and delays. She is probably showing 3-6 months of delays with regards to language, motor function, and deficits consistent with her encephalomalacia.
14. Probable left motor apraxia or impairment relative to visual perceptual deficits involving the right parietal lobe.

DISCUSSION: I had a long discussion with Robert, as well as with Renee. They understand Elizabeth is showing delays. She certainly is requiring continuous care, although they feel that she is pleasant and a delight, and they are happy to provide care. Their concern is what her long-term outlook would be. I have explained that certainly I believe that Elizabeth is going to have significant deficits. She will probably be ambulatory but with abnormal gait. I anticipate in light of the extent of her brain damage and involvement, she is probably going to require 24-hour-a-day attendant care, and she might be able to understand her medications. If not, she would need to have an LPN to administer her medications in the future. They should anticipate planning that she will have an essentially normal life expectancy with proper medical care.

She should be involved with intensive physical, occupational and speech therapy to begin addressing her deficits. The family plays with her. They get down on the floor to roll with her and encourage her mobility. I think further therapy would be of benefit to help her at this point in time, and certainly the family is committed to doing everything possible. They have numerous toys and activities for her to pursue, and clearly they are committed to her care. They understand that she probable will be able to transfer to a regular car, she might need a wheelchair for longer distance ambulation depending on her progress, and that she may continue to have incontinence for extended period of time. They do understand that she does have seizures. Those will probably be persistent over her lifetime; however, that might change.

I did provide prescriptions for PT, OT and speech to start working with cause and effect, language, and neurodevelopmental evolution. She is starting to try and push up when she is on her belly, but she is unable to pull and crawl herself. She is able to roll over. Certainly, the family's goal is to have her as functional as possible. At this point in time, there is not a lot of adaptive equipment that would be indicated, and certainly they can pursue her therapies.

Certainly Elizabeth had profound brain involvement, and those deficits should continue to unfold. She is likely to show more significant decline than her peers as she moves into further school settings. I would anticipate that she will require special education and will be a special needs child. She certainly would benefit with stimulation care and support, but I do not see Elizabeth living independently. She is always going to require 24-hour-a-day supervision. I would anticipate that she is probably going to be able to ambulate for some distances. She is showing good motor gains, but I believe that her cognitive intellectual deficits and visual perceptual skills will probably be significantly impaired.

This is a family who sustained a significant loss with Robert losing his daughter, and it is difficult to accept the deficits that his granddaughter demonstrates but he is hoping to do as much as possible.

Overall, the family is doing well. They are supportive, and I will be glad to provide them

5

further information so they can plan for their granddaughter more effectively over the long-term.

Certainly she is going to benefit with her own home that would be adapted for her safety and based upon her functional needs.

I will be glad to answer any further questions that they may have, I answered all of their questions that they did have, and we spent about 2 hours evaluating and discussing these issues.


Robert E. Eilers, M.D.

REE:dm