# Exhibit 5

# PHYSICAL MEDICINE AND REHABILITATION ASSOCIATES

PHYSICAL MEDICINE
& REHABILITATION
ELECTROMYOGRAPHY

PHONE (630) 556-9900
FACSIMILE (888) 328-2601

OFFICE ADDRESS:
BLUFF CREEK
45W699 JETER ROAD
BIG ROCK, ILLINOIS 60511

ROBERT E. EILERS, M.D., FAAPM&R
email: contact@pmrassociates.org

## OUTPATIENT RECHECK

RE: MYERS, ELIZABETH

DATE: January 9, 2018

I had the opportunity to see Elizabeth, and to talk with Robert and meet with Renee.

At this point in time, had a follow-up and the opportunity to review my recommendations for Elizabeth, and to review the Life Assistance, Rehabilitation and Medical Management Plan for Home, which was provided about a year ago to the family.

Elizabeth, at this time, has shown improvement. The areas in which I would have anticipated that she would have motor gains have occurred. She does continue to be incontinent of bowel and bladder, but she is still showing deficits consistent with her left hemiparesis, left neglect. She still has deficits in fine and gross motor skills, but she has begun to show more interaction obviously since she is a bit older. She had had a significant left hemiparesis.

She has had bihemispheric involvement and continues to have profound expressive and receptive language deficits, with her expressive language being the most impaired. Currently she is able to say very few words functionally. She basically babbles. She could say, "mama," "dada," and she sometimes says "bubba" for bottle, and on leaving she does raise her hand, fist and open it, and was able to say "bah," approximating bye bye.

At the present time, she is able to roll. She is able to stand. She is able to get up from the ground and stand without an assistive device. She is able to ambulate. She shows some mild pronation during ambulation, and at this point in time she might benefit with SMOs, but probably not AFOs at this juncture. She is able to walk. She does show more of a waddling gait, heel and foot to foot. She does not quite roll over her toes at this time, but she is not toe walking. She is able to maintain balance. After walking frequently, she tires and then she literally will plop to the floor. When she uses an iPad to watch cartoons, she is content. She does show some self-stimulation with forward and back rocking. When she is standing, she does tend to like to turn towards the right side. It appears she might be compensating for visual changes. She tends to use her right hand slightly more than her left based upon her examination at this time.

1

She is able to follow directions, pointing to body parts. She was able to correctly point to her ears, her nose, her mouth and her teeth. She confused her tongue and her neck. When asked to touch her knee, she pointed to her tummy, but she was able to identify probably 80% of her body parts correctly. She could identify primary colors: red, yellow, blue, and green, and she was able to pick those. She could not say the words, but when asked to pick out the blue toy she was able to do so. She did follow directions for "Throw this in the trash." She likes to put things in the trash, but she was not able to follow other specific commands to carry out tasks.

She does have a fascination with her iPad. I did start using my iPhone with a Lingraphica application for ADLs. She was able to touch the phone and repeatedly press it to get the same response. She showed a good interaction with the symbolic and auditory statements coupled with the pictures, and I did provide them with a prescription for a Lingraphica app download for an iPhone or iPad, which I think she would be willing to use. She likes Sesame Street for TV and Splash and Bubbles, but she particularly likes to watch it on what she calls her iPad.

They still feed her with a high chair. She is able to do finger foods. She eats basically the table food. She prefers to avoid sinewy or difficult to chew meats. Softer consistencies are better for her and she will use those. She does not like to drink out of a cup. She cannot hold it steadily. She has a sippy cup, but she likes the more plastic sippy cups which are softer and have two handles, which she is able to hold.

You can hold her in your lap, but she did have some anxiety with me as a stranger and then became slightly more comfortable. We particularly bonded with the use of the iPhone and symbols.

Her expressive language is still profoundly impaired. Receptive skills are fair but still impaired. She could not use yes or no. She was not able to accurately provide those answers. For instance, when I wanted to see if she would ask, "Do you want the cell phone again?" She could not say yes or no. She does explore drawers and cabinets in the kitchen. They are all childproof. She does not try for the refrigerator at this point, but she was able to say "bubba" which indicated the bottle, which is the sippy cup, so that is her interpretation at this time but she has still not mastered saying cup.

She is on Keppra, which has been increased to 0.6 mL b.i.d. since it was questionable if she was having some additional seizures, and that appears to be stable. There have been no grand mal seizures. Her shunt is functioning. There have been no revisions carried out. She has not had any episodes of nausea, vomiting or change in status.

She does have some mild nystagmus on doing visual examination. It is difficult to fully assess her visual fields. It appears that she may have some neglect to her left side when testing her, but it is difficult to get a complete set of complete control. It appears that she may be compensating more with turning her head to take things into the visual fields. She is following with an ophthalmologist due to some esotropia on the left, but that seems to be showing some improvement and more visual field assessment can be carried out.

2

She is working with a Tots Program, and they are doing PT and speech at home and working with the family. She will be moving on to early intervention at school in the near future.

She is able to do long sitting and short sitting. She does not W sit. She basically is showing skills for ambulation more consistent with an 18-month old. She does have fairly significant delay, but is showing improvement.

They do have an induction range due to the risk of her putting her hands on a hot stove.

They are using MiraLAX, one half teaspoon to a teaspoon daily, because she sometimes gets constipated.

She does like to stand and then turn in circles, particularly going to the right with her head turned significantly to the right. She usually does not go to the left. She shows a tendency to bring her arm up, slightly more decorticate appeared on the left. Although she did at other times show the right. She does seem to like to pursue self-soothing activities.

Since my initial evaluation, her language really has not shown much, if any, improvement. She still tends to show visual neglect. It is difficult to fully assess her visual fields and further assessment will clearly be required. I am not sure if her turning the head to the right improves her visual function, and that will need to be further assessed as time goes forward.

She is still lagging well behind her peers, and her ability to acquire expressive and receptive language is still profoundly impaired.

She does continue to have nystagmus, as she did in the initial evaluation. She does still show some persistent motor apraxias in her upper extremities, but she is showing some improvement in terms of motor function and coordination. She has improved using a sippy cup from before. She of course is still incontinent and is diapered. She did not show any drooling. She was not showing an inability to handle secretions or swallowing. There were no problems in that regard.

IMPRESSION
1. Profound traumatic brain injury.
2. Status post multiple skull fractures.
3. Visual field impairment, certainly with multiple traumas to visual fields in the occipital, parietal, and temporal lobes with intraparenchymal hemorrhages.
4. Seizure activity, persistent.
5. Hydrocephalus, stable.
6. Profound deficits in expressive and receptive language deficits with expressive language more impaired than receptive language skills.
7. Persistent neglect.

RECOMMENDATIONS: I had a long discussion with the family and would recommend that they continue the plan as outlined for her previously. We did review those, the implications, and the specific needs. At this point in time, she may be able to move away from an Aerotech G system. She may have toileting accomplished by at least her teens or by maybe age 10.

I think that she will show some overall improvement, but is going to continue to require close one-on-one supervision and care.

We discussed the plan at some length. There are some areas where there could be some modifications. I have discussed those with the family and provided them with prescriptions for the Lingraphica app and 24-hour attendant care.

I did provide them with some recommendations to deal with her anxiety. She does not do well with overstimulation. She does best with a very calm, predictive, structured environment, which would be anticipated with her traumatic brain injury. I helped Renee understand that many of the interventions that are applied, are most appropriate for Elizabeth, and I think that she has good insight into her specific needs.

Certainly, she is going to require a highly structured, calm environment. That would be to her benefit, and I think that they certainly provide that in her current living environment.

I would anticipate that she of course will be needing shunt revisions in the future, and the concern with regards to her language is quite profound and will impact her level of functional independence.

Since she is still taking the seizure medications, she will need to be staffed with LPNs for part of the day or to have them come in to provide her those medications, which was discussed previously.

Fortunately, she has shown gains with ambulation, which were anticipated but now confirmed. Her language delays are unfortunately far more profound than expected, and her visual and language skills will be profoundly impaired and require continuous supervision and care.

Certainly, as I explained, her survival will be long-term. I do not see any reason that she would have a reduction in a life expectancy, and certainly she will be able to continue with long-term support though within the home setting and an appropriately adapted home. She certainly is not going to be able to do climbing, and many tasks will be limited due to her visual impairments and her communication impairments.


Robert E. Eilers, M.D.

REE:dm