UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Angela Bryant, *et al.*,

                Plaintiffs,      Case No. 16-cv-10803

v.                                     Judith E. Levy
                                       United States District Judge

4283791 Canada, *et al.*,

                                       Mag. Judge Stephanie Dawkins
                Defendants.   Davis

_____/

**ORDER REGARDING MOTIONS IN LIMINE [23, 38, 39, 42, 43, 44, 45, 46, 47, 48, 49, 51, 52, 53, 60, 61, 62, 63]**

Following oral argument held on May 3, 2018, and for the reasons set forth on the record, the Court orders as follows:

Defendants' omnibus motion in limine (Dkt. 23) is DENIED AS MOOT.

Defendants' motions in limine to exclude evidence concerning undisclosed damages (Dkt. 42), exclude evidence or argument regarding Arif Alacayir's driving record and prior traffic offenses (Dkt. 43), exclude evidence or argument concerning gross negligence (Dkt. 45), and exclude evidence of negligent entrustment (Dkt. 48) are DENIED.

Defendants' motions in limine to exclude evidence or argument concerning the presence or absence of their corporate representative at trial (Dkt. 44) and to exclude evidence or argument suggesting the involvement of drugs or alcohol (Dkt. 49) are GRANTED.

Defendants have WITHDRAWN their motion in limine to exclude evidence or argument concerning corporate size, corporate status, wealth, or nationality. (Dkt. 46.)

Defendants' motion in limine to preclude undisclosed expert witness testimony (Dkt. 47) is GRANTED IN PART AND DENIED IN PART.

Defendants' motion in limine to exclude the expert testimony of Dr. Gerald Shiener (Dkt. 38) is GRANTED and their motion in limine to exclude the expert testimony of Dr. Robert Eilers (Dkt. 39) is DENIED WITHOUT PREJUDICE to *Daubert* challenges at trial.

Plaintiffs' motions in limine are ruled on as follows:

The motion in limine to preclude admission of prior crimes or bad acts (Dkt. 51) is GRANTED with the understanding that issues could be raised at trial that would cause the Court to revisit this ruling.

The motion in limine to preclude admission of the IME report (Dkt. 52) is DENIED.

The motion in limine to preclude evidence of drug or alcohol use by Angela Bryant (Dkt. 53) is DENIED WITHOUT PREJUDICE to objections at trial.

The motion in limine to preclude reference to prior cocaine use by all plaintiffs (Dkt. 60) is DENIED WITHOUT PREJUDICE.

The motion in limine to prelude reference to the minor plaintiff's father's drug use, allegations of neglect, and guardianship (Dkt. 61) is GRANTED IN PART AND DENIED IN PART.

The motion in limine to preclude hearsay testimony (Dkt. 62) is TAKEN UNDER ADVISEMENT. Defendants are to submit supplemental briefing on this motion in limine on or before **May 10, 2018**, and plaintiffs may respond on or before **May 17, 2018**.

The motion in limine to prohibit introduction of Dawn Spicer not having a driver's license (Dkt. 63) is GRANTED.

The Court will continue the hearing on **May 22, 2018** at **10:00 A.M.**, and hear the remaining motions in limine. The parties will confer and inform the Court on or before **May 10, 2018**, whether they wish to

hold a full *Daubert* hearing on the remaining experts, and whether they wish to have those experts testify in person.

    IT IS SO ORDERED.

| | |
|---|---|
| Dated: May 4, 2018<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 4, 2018.

                                      s/Shawna Burns
                                      SHAWNA BURNS
                                      Case Manager